UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATASHA M. COTTON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:05CV01047 (RMU) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants | : |

**PROPOSED ORDER**

Upon consideration of defendant Charles Ramsey's Motion to Dismiss, the Memorandum of Points and Authorities in Support thereof, the response thereto, if any, and the entire record herein, it is this _____ day of _____ 200_____,

ORDERED that the defendant's Motion is GRANTED; and further

ORDERED that the complaint shall be and hereby is DISMISSED with prejudice as against defendant Charles Ramsey.

_____
Judge Ricardo M. Urbina
United States District Court
District of Columbia