UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LATASHA COTTON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01047 |
| DISTRICT OF COLUMBIA, et al. | * | |
| Defendant. | * | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons, the Complaint, and the Notice to Magistrate, were served on the District of Columbia Government, Office of the Attorney General for the District of Columbia, 444 Fourth Street, N.W., 6th Floor South, Washington, D.C. Washington, D.C. 20001, delivered by Certified Mail, "Return Receipt Requested" on June 14, 2005, as evidenced by Exhibit "A", of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                                    Respectfully submitted

                                                    Donna Williams Rucker, Esquire, 446 713
                                                    DuBOFF & ASSOCIATES, CHARTERED
                                                    8401 Colesville Road, Suite 501
                                                    Silver Spring, Maryland 20910
                                                    (301) 495-3131
                                                    (301) 587-1872 (fax)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LATASHA COTTON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01047 |
| DISTRICT OF COLUMBIA, et al. | * | |
| Defendant. | * | |

EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
District of Columbia Gov't
(a municipal corporation)
serve:
Office of the Attorney General
for the District of Columbia
441 4th Street NW
6th Floor South
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 1 4 2005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Number from service label: 7005 0390 0006 1529 0258

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540