UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LATASHA COTTON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01047 |
| DISTRICT OF COLUMBIA, et al. | * | |
| Defendant. | * | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons, the Complaint, and the Notice to Magistrate, were served on Chief Charles Ramsey, Chief of Police of the Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington, D.C. 20001, delivered by Certified Mail, "Return Receipt Requested" on June 1, 2005, as evidenced by Exhibit "A", of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted

Donna Williams Rucker, Esquire #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131
(301) 587-1872 (fax)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LATASHA COTTON,                         *

       Plaintiff,                  *

       v.                          *       Case No. 1:05cv01047

DISTRICT OF COLUMBIA, et al.            *

       Defendant.                  *

_____

EXHIBIT "A"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _K. Haze_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): K. Haze    C. Date of Delivery: 6/1/0<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Chief Charles Ramsey<br>in his official Capacity as<br>Chief of Police of the Metropolitan<br>Washington Police Dept.<br>DC<br>300 Indiana Ave. NW<br>Washington, D.C.<br>20001 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0006 1529 0272 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540