UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LATASHA COTTON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01047 |
| DISTRICT OF COLUMBIA, et al. | * | |
| Defendant. | * | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons, the Complaint, and the Notice to Magistrate, were served on the District of Columbia Government, Honorable Anthony Williams, District of Columbia Government, 1350 Pennsylvania Avenue, N.W., Washington, D.C. Washington, D.C. 2000r, delivered by Certified Mail, "Return Receipt Requested" on May 27, 2005, 2005, as evidenced by Exhibit "A", of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted

Donna Williams Rucker, Esquire, #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland  20910
(301) 495-3131
(301) 587-1872 (fax)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LATASHA COTTON,                          *

      Plaintiff,                       *

      v.                                *          Case No. 1:05cv01047

DISTRICT OF COLUMBIA, et al.             *

      Defendant.                       *

_____

EXHIBIT "A"