| | |
|---|---|
| Latasha M. Cotton | UNITED STATES |
| Plaintiff | DISTRICT COURT |
| vs. | FOR THE |
| District of Columbia Government Chief Charles Ramsey and Officer David C. Wallace # 1246, et al. | DISTRICT OF COLUMBIA |
| Defendant | CASE NO.: 1:05CV01047 – RMU |

## AFFIDAVIT OF SERVICE

I Jerry Burton do hereby certify and return that I am a competent individual over eighteen years of age and not a party to the above entitled action.

I swear and affirm that on Monday, July 11, 2005 at 11:00 p.m., I served the Summons, Complaint and Order for the above case on David C. Wallace.

Said service was effected by hand delivery at Metropolitan Police Department 5th District, 1805 Bladensburg Road, N.E. Washington, D.C. 20002.

I do solemnly swear and affirm, under the penalties of perjury, that the matters and facts set forth herein are true, complete and accurate to the best of my knowledge.

Jerry Burton
B & B Process Servers
1023 48th Place N.E.
Washington, D.C. 20111

Subscribed to and sworn to before me this 18 day of July, 2005

_____ Notary Public
_____ County, Maryland
My commission expires: 6/17/2009

ANGENA L. MOSLEY
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires June 17, 2009