**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| LATASHA COTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV01047RMU |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, plaintiff, Latasha Cotton, by and through her undersigned counsel, and submits this response to the Order to Show Cause as follows:

1. Plaintiff will not file an objection to Defendant's Motion to Dismiss Chief Ramsey, but requests that such dismissal be without prejudice until after the deadline for adding parties has passed.

2. This request is made so that plaintiff may have an opportunity to engage in discovery.

3. No parties will be prejudiced if Defendant Chief Ramsey's dismissal at this juncture of the litigation is without prejudice.

WHEREFORE, plaintiff respectfully requests that any dismissal of Chief Ramsey be without prejudice.

                                                Respectfully submitted,
                                                DuBoff & Associates, Chtd.

By: _____/s/_____
Donna Williams Rucker, Esq., #446713
8401 Coleville Road, Ste. 301
Silver Spring, MD. 20910
(301) 495-3131 / (301) 587-1872

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Response to Order to Show Cause was served via the Court's ECF system to David A. Jackson, Esq., this 26th day of January, 2006.

_____/s/_____
Donna Williams Rucker