**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| LATASHA COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01047RMU |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER DISMISSING CHIEF RAMSEY WITHOUT PREJUDICE

**UPON CONSIDERATION** of the foregoing Response to Order to show Cause, the information contained therein, and the record herein, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant Chief Ramsey is hereby dismissed **WITHOUT PREJUDICE.**

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

cc:

Donna Williams Rucker
8401 Colesville Road
Silver Spring, MD. 20910

David A. Jackson
Assistant Attorney General
441 4th Street, N.W.
Washington, D.C. 20001