UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LATASHA COTTON, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 05-1047 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA *et al.,* | : | Document No.: 2 |
| | : | |
| Defendants. | : | |

# ORDER

### GRANTING DEFENDANT RAMSEY'S MOTION TO DISMISS

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 16th day of March 2006, it is hereby

**ORDERED** that defendant Ramsey's motions to dismiss is **GRANTED**.

**SO ORDERED**.

                                                                          RICARDO M. URBINA
                                                         United States District Judge