**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **LATASHA M. COTTON,** : | |
| | |
| **Plaintiff,** : | |
| | **Case No.:1:05 CV0147(RU)** |
| **v.** : | |
| | |
| **DISTRICT OF COLUMBIA GOVERNMENT,** : | |
| **ET AL.** | |
| : | |
| **Defendants,** | |
| _____ : | |

### CONSENT MOTION FOR EXTENSION OF TIME
### FOR PLAINTIFF TO FILE RULE 26(a)(2)(B) REPORT

**COMES NOW** the Plaintiff, Latasha Cotton, by and through her undersigned counsel, and respectfully requests, with defendant's consent, additional time for plaintiff file her Rule 26(a)(2)(B) Report, and in support therefor, states as follows:

1.  Pursuant to the Scheduling Order issued in this case, plaintiff's Rule 26(a)(2)(B) Report ("Report") is due on or before December 28, 2006.

2.  Neither plaintiff, nor defendant has sought any extensions in this matter to date.

3.  Plaintiff requires additional time, until January 28, 2006, to submit her Report.

4.  Plaintiff has retained an expert, and due to unexpected illness and scheduled surgery, plaintiff's counsel was unable to meet with her expert so that the Report could be prepared timely.

5.  Plaintiff believes that the Report will be prepared and filed on or before January 12, 2006.

6.  Granting plaintiff's motion should not have any effect on the remaining deadlines.

7.  Prior to filing this motion, Plaintiff spoke with defendants' counsel and he has consented to the relief requested.

8.  No parties will be prejudiced if plaintiff is granted the additional time requested.

9.   The additional time will also give the parties to explore settlement discussions that are now underway.

**WHEREFORE**, plaintiff respectfully prays that this Honorable Court grant her until January 12, 2006 to submit her 26(a)(2)(B) Report, and such other and further relief as deemed just and proper.

Respectfully submitted,

DuBOFF & ASSOCIATES, CHARTERED

By: _____/s/_____

Donna Williams Rucker, Bar No.  #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD  20910
(301) 495-3131 (office)
(301) 587-1872 (facsimile)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Consent Motion for Extension of Time for Plaintiff to File Her Rule 26(a)(2)(B) Report is scheduled to be sent to counsel for defendant, David A. Jackson, Esq., Assistant Attorney General for the District of Columbia, this 28th day of December 2006, via the Court's ECF system

_____/s/_____

Donna Williams Rucker