**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **LATASHA M. COTTON,** | : | |
| Plaintiff, | : | |
| | | **Case No.:1:05 CV0147(RU)** |
| v. | : | |
| **DISTRICT OF COLUMBIA GOVERNMENT, ET AL.** | : | |
| | : | |
| Defendants, | | |
| _____ | : | |

**PROPOSED ORDER**

**UPON CONSIDERATION** of the foregoing Consent Motion for Extension of Time for Plaintiff to file Her Rule 26(a)(2)(B) Report, the information contained therein, and the record herein, it is this _____ day of _____, 200__,

**ORDERED,** that plaintiff has until January 12, 2007, to file her Rule 26(a)(2)(B) Report.


_____          _____
Entered                                   Ricardo Urbina
                                                U.S. District Court for the District of Columbia