IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **LATASHA M. COTTON,** | : | |
| Plaintiff, | : | |
| | | Case No.:1:05 CV0147(RU) |
| v. | : | |
| **DISTRICT OF COLUMBIA GOVERNMENT, ET AL.** | : | |
| | : | |
| Defendants, | | |
| _____ | : | |

## NOTIFICATION OF FILING

**COMES NOW** the Plaintiff, Latasha Cotton, by and through her undersigned counsel, and respectfully notifies this Honorable Court of the filing of Plaintiff's Rule 26(a)(2)(B) Report, which is attached to this document.

Respectfully submitted,

DuBOFF & ASSOCIATES, CHARTERED

By: _____/s/_____
Donna Williams Rucker, Bar No. #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
(301) 495-3131 (office)
(301) 587-1872 (facsimile)