Attachment # 1

**ROBERT W. KLOTZ**
Consultant
3210 Havenwood Court
Edgewater, Maryland 21037
(410) 798-6868

Facsimile: (410) 798-0371

E-mail: rklotz1026@aol.com

EDUCATION :

B.S. Degree, Criminology and Criminal Justice, University of Maryland (1995).

A.A. Degree, Administration of Justice, American University (1977).

## PROFESSIONAL DEVELOPMENT COURSES :

Police Civil Liability Seminar, Boston, Mass.

Police Administration Course, University of Louisville.

Labor Relations and Collective Bargaining, Northwestern University.

Police Community Relations, Michigan State University

Law Enforcement Practices, University of Maryland

Civil Disorders, U.S. Military Police, Fort Gordon Ga.

Senior Executive Management, F.B.I. Academy, Quantico, Va.

Terrorism and Hostage Negotiations, F.B. I. Academy, Quantico, Va.

Police Labor Relations, F.B. I. Academy, Quantico, Va.

Municipal Police Administration, International Association of Chiefs of Police, Washington, D.C.

Police Supervisory Course, International Association of Chiefs of Police, Washington, D.C.

Trends in Terrorism, U.S. Department of State, Washington, D.C.

# EMPLOYMENT HIGHLIGHTS :

**1980 - Present    INDEPENDENT CONSULTANT AND EXPERT WITNESS**

Provide experience based consultation to law enforcement agencies and to employer and employee organizations.

Provide expert witness testimony in civil actions in Federal, State Courts and Administrative Proceedings. Qualified as an expert in : Connecticut, Georgia, Illinois, Kansas, Maryland, Michigan, New Mexico, New York, Pennsylvania, Rhode Island, Virginia, and Washington, D.C.

Areas of expertise for either consulting or expert witness purposes include:

High Speed Pursuits Policies
Crowd Control & Demonstrations
Internal Police Investigations
Terrorist Activities
Private Security Management
Control of Corrupt Practices
Use of Force
Firearms Policy and Training
Arrest Procedures
Search and Seizures Procedures
Written Directives
Patrol Procedures
Traffic Procedures
Hostage and Barricade Situations

Human Resource Management
 Union Elections
Collective Bargaining Procedures
Disciplinary Procedures
Contract Administration
 Grievance Arbitration
Supervision and Training
 Rating and Ranking for Promotion
Dispute resolution by mediation, fact-finding
 and interest arbitration

**1986-1988    SENIOR STAFF ANALYST**

Murphy Associates, Inc. Vienna, Virginia

Responsible for on-site coordination and training of police officials from various countries worldwide, sponsored by the U.S. Department of State. Directly responsible for training in such subjects as : Security Planning,; Combating Police Corruption; Use of Deadly Force; Patrol Tactics; Personnel Allocation; criminal Justice Systems; Police Discipline; Vital Installation Security; Crowd Control; and Special Events Planning and Control.

Also responsible for coordinating and conducting comprehensive management studies of several law enforcement agencies in the U.S. and a study of security at O'Hare Airport in Chicago, Ill.

**1955-1980    METROPOLITAN POLICE DEPARTMENT, WASHINGTON, D.C.**

The following chronology traces my twenty-five years of experience with this department.

**1977-1980    DEPUTY CHIEF OF POLICE, COMMANDER, SPECIAL OPERATIONS
             AND TRAFFIC DIVISION**

Responsibilities included: hostage negotiations and barricade situations; handling of parades and demonstrations; security escort for the President of the United States and foreign heads of state and dignitaries; aerial and water patrol of the District; training for members of the special (SWAT) personnel; handling all major traffic incidents in the District; maintaining liaison with U.S. Department of State, U.S. Secret Service, U.S. Attorney General's Office, U.S. Park Police, U.S. Capitol Police and Supreme Court Police.

**1974-1977    DEPUTY CHIEF FOR PERSONNEL, TRAINING AND LABOR
             RELATIONS**

Personnel Division: Supervised the Personnel Office. Served as Department EEO officer. Handled the allocation of personnel for the Department, including transfers and promotions. Prepared and administered promotional examinations for both uniform and plainclothes ranks. Served as Chairman of the Accident Review Board, Chairman of the Detective Grade One Selection Committee and police member of the Police and Fire Department's Retirement Board.

Training Division: Supervised the preparation and instruction of new police recruits and coordinated the in-service training and specialized training courses.

Labor Relations: Developed and was responsible for the Department's Labor Relations Program, including serving as the Chief Negotiator in contract negotiations with both sworn and civilian members of the department. Handled grievances and contract administration phases. Established the Department's Labor Relations Library. Represented the Department at mediation and arbitration hearings.

**1973-1974    INSPECTOR, COMMANDING THE FOURTH POLICE DISTRICT**

Commanded 350 sworn officers and 10 civilians. Responsible for crime prevention and crime reduction, and providing police services to a geographical area of the District of Columbia.

**1972-1973       INSPECTOR, COMMANDING INTERNAL AFFAIRS DIVISION**

Commanded   34 sworn officials and 5 civilians.  Directly responsible to the Chief of Police for department integrity.  Responsible for the supervision/approval of all investigations of use of force and other allegations of impropriety made against police officers.  Supervised a major corruption investigation, coordinating activities with the U.S. Attorneys Office. Served as facilitator to the Department's Service Weapon Review Board.  Served also as the Deputy Commander of the Special Operations Division.

**1971-1972       CAPTAIN, PLANNING AND DEVELOPMENT DIVISION**

Supervised some five officers and ten civilians.   Conducted various planning activities, prepared grant applications.  Prepared, staffed and promulgated department orders. Revised the department's Manual and General Orders.  Represented the Chief of Police at various committees including the Mayor's Task Force.

**1970-1971       CAPTAIN, THIRD POLICE DISTRICT**

Supervised 80 police officers, sergeants ,and lieutenants performing general police duties in a geographical area of the District.

**1968-1970       LIEUTENANT, SIXTH POLICE DISTRICT**

Supervised some 20 police officers, sergeants performing general police duties.  Acted for a time as the Administrative Aide to the District Commander, responsible for personnel scheduling, and other administrative functions.

**1964-1968       SERGEANT, FOURTEENTH PRECINCT**

**1955-1964       OFFICER, NINTH POLICE PRECINCT**


## PROFESSIONAL PROJECTS, ACCOMPLISHMENTS AND PUBLICATIONS :

## LABOR RELATIONS :

Assistant to a labor arbitrator, developing factual background for arbitration awards and conducting research and training.  1983-1996

Guest Lecturer on the subjects of Human Resource Management, Labor Relations, Contract Administration, Compensation Management, Modern Cities at the University of Baltimore, and Marymount College of Virginia.  1986-1996

4

Member of Tri-partite Interest Arbitration Panel that resolved the impasse between the District of Columbia and the Fraternal Order of Police. 1985

Prepared recommendations for changes in the collective bargaining contract between the Georgia Power Company and its plant guards. 1984

Served as a consultant to the Chesapeake Sprinkler Company, Glen Burnie, Maryland, on their hiring practices and preparation of a employee handbook. 1989

## POLICE PROCEDURES :

Consulted with and testified before, the Judiciary Committee of the District of Columbia City Council regarding the handling of demonstrations.   2003

Retained as Consultant and Expert Witness, Martha Burke v. Augusta Country Club, Augusta, Georgia. 2003.

Retained as Consultant by ACLU of Seattle, Washington regarding the disorders during the WTO meetings.  2002.

Retained as "on-air" consultant by NBC4 Television Station, Washington, D.C. regarding the Inauguration of President George W. Bush.  January 2001

Appeared as Panelist on WHYY Public Radio, Philadelphia, Pa. discussing Demonstration Handling at upcoming Republican National Convention and Use of Force by police issues. July, 2000

Retained as a "on-air" Consultant by NBC4 Television Station, Washington, D.C. regarding the IMF/World Bank demonstrations.  April, 2000

Retained as a Consultant/Expert Witness by American Civil Liberties Union of Washington State regarding the World Trade Organization disorders. January, 2000

Retained as a Consultant/Expert Witness by the City of New York in the civil litigation involving the disorders in the Crown Heights area.  1997-1998

Retained as a Consultant/Expert Witness by American Civil Liberties Union of Chicago regarding the Democratic National Convention policies.  1996

Federal Office of Personnel Management.  Served as rating and ranking evaluator for applicants for the position of police captain,  and lieutenant, U.S. Zoological Police. 1994 - 1995.

Retained by the Washington Post Newspaper to conduct the crowd estimate for the Gay Rights March on Washington. 1993

Retained as a Consultant/Expert Witness for City of New York regarding litigation of " The Olympic Parade" cases. 1989-1990.

Appointed to the Selection Committee to determine the Captain, Commanding the U.S. Zoological Police Force. 1990

Retained as a consultant to the Virginia Beach, Virginia Police Department on issues of crowd control.  1988-1990

Served as member of rating and ranking panel for positions of Sergeant, Lieutenant and Captain, Anne Arundel Police Department, Maryland (1988 -1989)

Served as Consultant  on a committee composed of the Philadelphia Police Department, Sheriffs Department, and the Eagles Football Team of the NFL, to develop guidelines for handling of demonstrations and events at Veteran Stadium.  1988-1989

Served as member of management team evaluating security at O'Hare airport, Chicago, Illinois.  1987-1988

Served as member of commission that investigated police and fire response to a fatal house fire, Montgomery County, Maryland. 1984-1985

Served as an Instructor for the Federal Emergency Management Agency, at their Senior Executive Management Seminar.  1983

Served as a consultant to the Bridgeport, Connecticut Police Department.  Conducted a training seminar on establishment and administration of an Internal Affairs Unit.  1983

Member of the special committee investigating the police response to the Air Florida airplane crash and the Metro subway crash.    1981

Served as Instructor at the Northern Virginia Police Training Academy.  Instructed on Crowd Control and Demonstrations.  1981

Served as a consultant to the Arizona Law Enforcement Commission.  Provided training to three police agencies on demonstration handling and crowd control issues. 1980

Served as a Instructor for the International Association of Chiefs of Police, Gaithersburg, Maryland.   Conducted training at numerous sessions conducted in some 45 states, classes comprised of police officers from Federal, State and Local police departments.  1975-1987

6

Served as a panelist for the U.S. Commission on Human Rights, Washington D.C. 1980

Served on Advisory Board of the Project, " Civil Service Systems, Their Impact on Police Administrators." 1976-1978

## PUBLICATIONS :

"The Importance of Ground Rules in Negotiations." (IACP, 1975)

"Management Rights, Chiefs of Police and Collective Bargaining." (IACP, 1976)

"Police Management and the Police Officers' Bill of Rights." (IACP, 1977)

"Current Status of Collective Bargaining in the United States." (IACP, 1977)

"Planning for Demonstrations." (IACP, 1984)

"Handling Demonstrations." (IACP, 1984)

Article " How Can the Cops Stop Seattle From Happening Here?", Outlook Section, Washington Post Newspaper.  April 9, 2000

Article " Walking The Blue Line", Outlook Section, Washington Post Newspaper.  June 23, 2000

Article "The Mistake Happened Before The Shot Was Fired" Outlook Section, Washington Post Newspaper, March 10, 2002

## ORGANIZATIONAL MEMBERSHIPS :

International Association of Chiefs of Police (Life Member)

National Criminal Justice Association

American Society of Criminology

Police Association of the District of Columbia

Fraternal Order of Police

Retired Police Officers of the District of Columbia

## SIGNIFICANT AWARDS :

**Commendation by the President of the United States (2)**

**Commendation by the Chief of Police, Washington, D.C. (3)**

**Peace Officer of the Year, National Association of Federal Investigators**

**Director's Honor Award, United States Secret Service**

**Award from the U.S. Secretary of State**

**Award from the Office of Security, U.S. Department of State**

**Certificate of Appreciation, Catholic Church, regarding 1979 Papal Visit to Washington, D.C.**

**Certificate of Appreciation, United States Park Police**

**Certificate of Appreciation, Uniform Division, United States Secret Service**

Attachment # 2

**ROBERT W. KLOTZ**
**CONSULTANT**
**3210 Havenwood Court**
**Edgewater, Maryland 21037**
**(410) 798-6868**

Fax: (410) 798-0371                                          E-mail: rklotz1026@aol.com

## FEE SCHEDULE

1. **Retainer:**   A minimum engagement fee of Two Thousand Five Hundred Dollars ($ 2,500.00) is required.  This fee covers the initial review of materials, discussion with the Attorney/Client and the rendering of a preliminary evaluation on the matters reviewed.

2. **Consultation Services:** A fee of Two Hundred Dollars ( $250.00) per hour for services performed is charged.  These services involve pretrial consultation, research investigation, report(s) preparation and site visits.

3. **Deposition Fee:**   A fee of Two Hundred Fifty  Dollars ( $250.00) per hour, with a minimum of two hours, is charged for the taking of a deposition.

4. **Court Appearance:** A fee of One Thousand Dollars ( $ 1,000.00) per day is charged for appearance at court.

5. **Travel Outside The D.C. Metropolitan Area:** All travel outside the Washington-Annapolis Metropolitan Area will require travel days billed at $ 800.00 @ day.  This fee includes travel time, meals, taxi fares, and lodging.   This fee is in addition to the fee for the activity performed, i.e. court appearance, deposition, site visit, consultation.

6. **Airfare/Railfare:** All air/rail travel outside the Washington-Annapolis Metropolitan Area will be paid in advance.

7. **Incidental Expenses:** All expenses, such as postage, secretarial services, facsimile transmissions, and duplication will be paid by the Consultant.

**rwk/2005**

Attachment # 3

## Cases In Which I Have Been Deposed, Testified in Court or Both

### 2003

Martha Burke v. City of Augusta GA., U.S. Federal Court.  Testified

Fogler v. D.C. et al, Superior Court, DC      Deposed

Qutb v. D.C. et al.  U.S. Court for D.C. Deposed

Estate of Philip Montgomery v. Anne Arundel Counrty, U.S. Dist. Court, Deposed

Valerye Ince-Viner v. Larry Johnson, Balt County.   Deposed

Estate of Raymond Chandler v. Norfolk PD.   Deposed

### 2004

Esstate of Raymond Chandler (see 2003) Testified in Court approved arbitration.

Waters v. D.C. etal.  Deposed

Michael Chin v. Michael Wilhelm. U.S. Dist Ct of Md. Deposed

Smith v. Abdul Productions , D.C. Superior Court. Deposed.

### 2005

Montgomery v. Anne Arundel County. (See 2003.) Testified

Citizens For Peace In Space v. Colorado Springs CO, PD, Fed. Ct. Deposed and testified.

Walker v. Terhune, Va. Beach Va. Deposed

Wilbon v. Hunsicker (Balt. Md.) Testified

Smith v. Abdul Productions (see 2004) Testified

Randle v. P.G. County. Deposed

### 2006

Robinson v. D.C. Deposed

Owens v. Brown (Fredrick Md) Testified.

Deng v. Olds (Fed. Ct. DC) Testified

Hill v. Walrath, Balt. Md. Deposed

Portis v. City of Chicago, Fed. Ct. Deposed.

Mosley v. Kershaw, Balt. City.   Deposed and testified.

Gesuldi v. Kozak, A.A. Co. Md. Deposed.

Hinton v. Eisman (Balt. Md.) Deposed

Hanrahan v. Amtrak, Fed. Ct. DC.  Deposed

Attachment # 4

<u>Materials Received From Plaintiff's Attorney</u>

1.    Civil Complaint

2.    Defendant's Response and Objections To Plaintiff's First set of Interrogatories

3.    Defendant's Response and Objections To Plaintiff's Request For Production of
      Documents

4.    Organizational Chart for the MPDC

5.    Investigation and Conclusion of Complaint by the Office of Police Complaints,
      w/attachments.

6.    Two previous Complaints adjudicated by the Office of Police Complaints re: Plaintiff

7.    Three audio tapes regarding this incident.

8.    Police General Orders 201.22, 120.21, 901.11,901.07,901.08,

9.    MPDC Training Materials re: In-Service Pistol Re-certification; Arrest Procedures
      ,Defensive Tactics, Diversity Awareness, Domestic Violence, Handcuffing, Interview and
      Interrogation, Administrative and Misconduct Investigation Policies and Procedures,
      O.C.Spray, Officer Street Survival, Use of Force Reporting Form, Use of Force
      Continuum, Use of Force Review Board.

<u>Materials From My Own Resources</u>

1.    U.S. Constitution

2.    Tennessee v.Garner, 471 U.S. 105 S.Ct. (1985)

3.    Graham v. Conner, 490 U.S. 386, 109 S. Ct 1989

4.    Legal Guide for Police, Constitutional Issues by John C. Klotter, 5th Ed.

5.    Standards For Law Enforcement Agencies, by the Commission for
      Accreditation of Law Enforcement Agencies. 1980 as amended.

6.    D.C. Municipal Regulations, Section Titled " Police"