UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATASHA M. COTTON,<br><br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants | C.A. No. 1:05CV011047 (RMU) |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE DISPSOTIVE MOTION**

Defendants District of Columbia and David Wallace, by and through the Office of the Attorney General, hereby move this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1) and LCvR 7 (m) for an order extending the time for filing their dispositive motion up to and including May 29, 2007. Dispositive motions are due on May 29, 2007.[1]  The Defendants state that there is just cause to grant this motion.  In support of this motion the Defendants rely on the attached Memorandum of Points and Authorities.

                                                                     Respectfully submitted,

                                                                     LINDA SINGER
                                                                     Attorney General

                                                                     GEORGE VALENTINE
                                                                     Deputy Attorney General
                                                                     Civil Litigation Division

---

[1] This Court's minute entry of March 27, 2007, sets the dispositve motion deadline as May 28, 2007, which is Memorial Day.  Thus, Defendants' dispositive motion would be due on May 29, 2007.

NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/DAVID A. JACKSON/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATASHA M. COTTON, : | |
| : | |
| Plaintiff, : | |
| : | |
| : | C.A. No. 1:05CV011047 (RMU) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.,* : | |
| : | |
| Defendants : | |
| : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO EXTEND DISPOSITVE MOTION DEADLINE

Federal Rules of Civil Procedure 6(b) (1) permits an extension of time when a request is made prior to the expiration of the time originally prescribed. In this case, this motion is timely as the date for dispositive motion is May 29, 2007. The Defendants seek only a two day extension, from Tuesday May 29, 2007 up to and including Thursday May 31, 2007. No prejudice will result to plaintiff by the granting of this motion.

As a result of undersigned counsel's very busy trial calendar, undersigned counsel will not be able to meet the May 29, 2007, dispositive motion deadline. During the past month, undersigned counsel has had two trials in the United Sates District Court for District of Columbia and trial preparation has consumed all of undersigned counsel's time.

The first trial, *Settles et al., v. District of Columbia*, CA No. 04-00288 (JR), was reverse discrimination case involving twenty-three (23) plaintiffs. The trial in the *Settles* case was held from May 1, 2007 through May 4, 2007. Several weeks prior to the *Settles* trial, the court allowed Plaintiff to amend his complaint but also allowed the defendant to re-deposed twelve (12) of the

twenty-three plaintiffs.

Immediately following the *Settles* case, undersigned counsel continued to prepare for his second trial, *Bowie v. Maddox, et al.*, CA No. 03-948 (RCL). The *Bowie* case commenced on May 14, 2007 and is still going on. The *Bowie* jury began deliberations on Tuesday May 22, 2007, and as of today the jury has not reached a verdict. On at least four occasions undersigned counsel has been called back to court to respond to questions from the jury.

Needless to say, trial preparation for the *Settles* and *Bowie* and the trials themselves have had a significant impact on undersigned counsel's ability to handle other pending matters, included the dispositive motion in the instant case.

On May 24, 2007, undersigned attempted to contact counsel for Plaintiff but she was not available and, therefore, she did not consent to this motion. This motion is timely as it is filed prior to date for dispositive motions. If this motion is granted, it will not interfere with the final status hearing which is scheduled for October 25, 2007.

WHEREFORE, the Defendants request that this motion be granted.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/DAVID A. JACKSON/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov
