**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **LATASHA M. COTTON,** | : | |
| **Plaintiff,** | : | |
| | | Case No.:1:05 CV0147(RU) |
| v. | : | |
| **DISTRICT OF COLUMBIA GOVERNMENT,** | : | |
| **ET AL.** | | |
| | : | |
| **Defendants,** | | |
| _____ | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONT FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** the Plaintiff, Latasha Cotton, by and through her undersigned counsel, and respectfully responds to defendant's request for an extension of time to file its Motion for Summary Judgment, as follows:

1. On May 24, 2007, defendants filed a motion requesting an extension of time within which to file their Motion for Summary Judgment, which is presently due to be filed on or before May 29, 2007.

2. Plaintiff does not object to the requested extension but asks that that if defendant's request for an extension of time is granted, that her deadline for filing any opposition be extended to June 30, 2007.

3. Plaintiff's counsel spoke to defendant's counsel regarding extending plaintiff's deadline to June 30, 2007, if defendant's request for an extension is granted, and defendant's counsel consented to the same.

**WHEREFORE**, based on the foregoing, plaintiff respectfully requests that plaintiff's deadline for filing any opposition to defendants Motion for Summary Judgment be extended to

June 30, 2007.

        Respectfully submitted,
        DuBOFF & ASSOCIATES, CHARTERED

By:   Donna Williams Rucker /s/
        Donna Williams Rucker, Bar No. #446713
        DuBOFF & ASSOCIATES, CHARTERED
        8401 Colesville Road, Suite 501
        Silver Spring, MD 20910
        (301) 495-3131 (office)
        (301) 587-1872 (facsimile)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that a copy of the foregoing Response to Defendant's Motion for Extension of Time for defendants to file their Motion for Summary Judgment will be sent to counsel for defendant, David A. Jackson, Esq., Assistant Attorney General for the District of Columbia, this 29th day of May 2007, via the Court's ECF system

        Donna Williams Rucker /s/
        Donna Williams Rucker