IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **LATASHA M. COTTON,** | : | |
| **Plaintiff,** | : | |
| | | Case No.:1:05 CV0147(RU) |
| v. | : | |
| **DISTRICT OF COLUMBIA GOVERNMENT, ET AL.** | : | |
| | : | |
| **Defendants,** | | |
| _____ | : | |

## PROPOSED ORDER

**UPON CONSIDERATION** of the foregoing Response to defendants' Request for an Extension of Time to File Motion for Summary Judgment, the information contained therein, and the record herein, it is this _____ day of _____, 200__,

   **ORDERED,** that Defendant's Motion for an Extension of Time is GRANTED, and it is further,

   **ORDERED,** that plaintiff has until June 30, 2007, to file any opposition to defendant's Motion for Summary Judgment.


_____                    _____
Entered                             Ricardo M. Urbina
                                    U.S. District Court for the District of Columbia