# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

LATASHA M. COTTON,          :

    Plaintiff,          :

    v.                              Case No.:1:05 CV0147(RU)
                                    :

DISTRICT OF COLUMBIA GOVERNMENT, *et al.*,  :

    Defendants,          :

_____ :

### PLAINTIFF'S ANSWERS TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST SET OF INTERROGATORIES

To:     District of Columbia Government, defendant
c/o:    David Jackson, Esq., Assistant Attorney General for the District of Columbia

From:   Latasha M. Cotton, plaintiff
c/o:    Donna Williams Rucker, Esquire, counsel for plaintiff

COMES NOW plaintiff, Latasha M. Cotton, by and through counsel, DuBoff & Associates, Chartered and Donna Williams Rucker, Esquire, pursuant to the Rules of the Court and answers defendant District of Columbia Government's Interrogatories as follows:

### STIPULATIONS

a) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes the knowledge of the executing party, his agents, representatives and attorneys, unless privileged.

b) The word usage and sentence structure may be that of the attorney assisting in the preparation of these Answers and does not necessarily purport to be the precise language of the executing party.

c) The information supplied in these Answers is that currently available to the executing party or her agents, representative or attorneys, unless privileged, and plaintiff

know his last name either, his girlfriend Denine, my sister, Kesha Cotton, my sister was there after I was in handcuffs. Those are all the names I can remember at this time, but there may have been more people out there.

7. Narrate in full, complete and accurate detail the incident(s) on June 7th, 2005 as described in your lawsuit, including the identification by name, address and telephone number (or describe if identity is unknown) every individual present during each incident that is the basis of your lawsuit, including each law enforcement officer with badge number, each companion associate of yours, and each uninvolved witness on the scene, and furnish the exact words (or if you cannot recall, the substance of statements made) and actions taken by each such individual shortly before, during and after the incident. Also describe in detail any physical altercations that occurred.

Answer: Objection to the multiple part question. There are multiple questions contained in this Interrogatory. Except as objected to and without waiver, I am not able to recall what every person present said or did in exact detail, and I am not able to recall every person who was present during the time of the incident. To the best of my recollection, Denise Robertson was arguing with me, and she was shouting. I tried to ignore her and I went upstairs with my baby. She was still yelling and cursing. When I came downstairs again she had a knife and she began to chase me and I ran down the street, her boyfriend grabbed her and took her back to the building. I turned around to go back to building and she was on the porch and she pulled the knife on me again. I saw a policeman get out of his car I went to him to tell him about the knife she had, and she ran to her apartment. The police officer, officer Wallace, grabbed me and he clipped my legs and threw me forward

7

face first. As I was falling to the ground, I put my hands over my face to keep my face from hitting the ground. After I hit the ground, I started to get up and he reached for his nightstick, as though he was going to hit me with it if I tried to get up. Everybody was telling him that Denise had a knife and had run into the house. Officer Wallace yanked me up and put handcuffs on me and then he took me over to an abandoned building and made me sit on the porch, and I was not able to leave. Denise was back out there and everybody again told him that she had the knife, but he kept me in handcuffs for over twenty minutes and did nothing about Denise, he did not even talk to her. I was crying, and the policeman told me to shut the "fuck up" and told me that I was going to jail and my kids were going be taken from me by family services. A female officer came on the scene, I do not know her name; she talked to officer Wallace, she asked him if everything was under control, he said yes and she left. The officer took me back to my building and I packed my kid's stuff, my sister was there, the policeman rang my door bell and gave me a report that he sat in the police car and made up. I left for a while because I was scared and the officer threatened that if I did not leave my apartment I would get locked up and they would take my kids away from me.

  Before I left, I called 311 while Officer Wallace was still outside in his patrol car and asked for his supervisor. A person who said he was his supervisor, with a lady officer, came over later that day and I told them I wanted to make a complaint against the officer, the supervisor apologized and said that he was a new officer and didn't have a partner with him. They tried to cover up for him. They took pictures

**of my swollen knee and my swollen breast that happened when he threw me forward face first onto the ground, but nothing was done to the officer.**

(sic) 9. If you claim that Officer Wallace intentionally inflicted emotion distress and/or negligently inflicted emotional distress, describe each action and all conduct and words which forms the basis of the claim.

    Answer: See answer to Interrogatory No. 7.

10. If you claim that Officer Wallace was negligent, describe each act or omission which forms the basis of your claim.

    Answer: See Interrogatory No. 7.

11. If you claim that you were assaulted and/or battered by Officer Wallace, describe each act or omission, including spoken word, which forms the basis of your claim.

    Answer: See Interrogatory No. 7.

12. If you claim that you were falsely arrested and imprisoned by Officer Wallace, describe each act or omission which forms the basis of your claim.

    Answer: See Interrogatory No. 7.

13. If you claim that that (sic) any supervisor was negligent in his or her supervision of Officer Wallace, describe each act or omission which forms the basis of your claim.

    Answer: See Interrogatory No. 7.

14. If you claim that Officer Wallace an/or (sic) any supervisor violated your rights under 42 USC Sections 1981, 1985 and 1986, please state with particularity all actions, including conduct and words, which violated your rights under each section.

I DO SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____
Latasha M. Cotton

Subscribed and sworn to before me this 29th day of January, 2008 a Notary Public in and for the State of Maryland.

_____
Notary Public
YVONNE T. BOGGS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 1, 2009

Respectfully submitted,
DuBOFF & ASSOCIATES, CHARTERED

By: _____
Donna Williams Rucker, Esquire
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2~~31st~~ day of February ~~January~~, 2007, a copy of the foregoing Plaintiff's Answers to Defendant District of Columbia Government's Interrogatories were hand delivered to counsel for the defendant, David Jackson, Esq., Office of the Attorney General for the District of Columbia, 441 4th Street N.W., 6th Floor, Washington D.C. 20001.

Donna Williams Rucker, Esq.

13