UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATASHA M. COTTON, : | |
| : | |
| Plaintiff, : | |
| : | |
| : | C.A. No. 1:05CV01047 (RMU) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants : | |

**PROPOSED ORDER**

Upon consideration of Defendants District of Columbia's and David Wallace's Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof, the Opposition thereto, the Reply, if any, and the entire record herein, it is this _____ day of _____ 2007,

ORDERED that the Defendants' Motion is GRANTED; and further

ORDERED that the complaint shall be and hereby is DISMISSED with prejudice.

_____
Judge Ricardo M. Urbina
United States District Court
District of Columbia