# Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 3

# Radio Run Tapes

 

# OFFICE OF POLICE COMPLAINTS

### MPD Radio Run Tape Transcript
### Case Number: 04-0273

---

On August 5, 2005, Investigator Alpha Griffin reviewed the MPD Radio Run tape received on July 29, 2005 for OPC #04-0273. The recording took place on June 7, 2004. The complainant, Latasha Cotton, can be heard talking to several emergency and non-emergency dispatchers.

Tape 2/Side A
Counter: 000-144
Time: unknown
Transcript:

Cotton: I slammed you because you swung on me. [Inaudible voices heard in the background]. If I swung on him he would have hit me with that fucking stick.

Dispatcher: Excuse me. 9-1-1 Emergency. This is 5-2-6-6-3-50. Hello?

Cotton: Yes. I'm, um, I'm trying to make a complaint on, ah, a police officer about something that just happened.

Dispatcher: What happened?

Cotton: Um, I was... Me and my neighbor got into it downstairs and she had a knife out on me. And when the officer pulled up he slammed me on the ground and let her run inside with the knife and he put me in handcuffs and set me on the ground like he [inaudible]. And he told me was going to arrest me, but he let her go in the house with a deadly weapon.

Dispatcher: Did he know she had a weapon?

Cotton: Yes.

Dispatcher: Did you have a weapon?

Cotton: Everybody outside was telling him as she was running in the house.

---

Case Number: 04-0273
Prepared By: Investigator Alpha Griffin
Date Prepared: August 5, 2005

This document contains neither recommendations nor conclusions of the Office of Police Complaints (OPC). It is the property of the OPC and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPC-2 (6/05)

Transcript of Radio Tape
Case Number: 04-0273
Date Prepared: August 8, 2005

2

Dispatcher: And what did he say?

Cotton: He, he let her go.

Dispatcher: You requested an official. What's your address?

Cotton: Um, 1723 Capital Avenue Northeast. And then he threw me on the ground at that.

Dispatcher: 1723 Capital Avenue Northeast?

Cotton: Yes.

Dispatcher: Private home or an apartment?

Cotton: Apartment Number 3.

Dispatcher: What's your name, ma'am?

Cotton: Tasha.

Dispatcher: Tasha, what's your last name?

Cotton: Cotton. C-O-T-T-O-N. And then he telling me if I don't leave my house he gonna lock me up and take my kids. And he never said nothin' to this lady the whole time.

Dispatcher: What's your phone number Tasha?

Cotton: 2-0-2-3-9-9-3-0-8-4

Dispatcher: 2-0-2-3-9-9-3-0-8-4?

Cotton: Yes.

Dispatcher: And your address is 1-7, 1723 Capital Avenue Northeast Apartment 3?

Cotton: Yes.

Dispatcher: Alright. I'm sending an official, okay?

Cotton: Thank you.

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Transcript of Radi[o] [Run] Tape                                              3
Case Number: 01-0110
Date Prepared: March 20, 2001

---

--- Call terminated ---

Dispatcher: D.C. non-emergency, how can I help you?

Cotton: Yes, I called for a supervisor [inaudible] they haven't got here yet to make a report.

Dispatcher: Okay, what's your location?

Cotton: 1723 Capital Avenue Northeast Apartment 3. A supervisor. [Inaudible voices heard in the background].

Dispatcher: 1723 South Capital?

Cotton: Capital Avenue Northeast Apartment Number 3. [Inaudible voices heard in the background]. Don't say nothin'. Come over here Kesha. Don't say nothin'. [Inaudible] I'm getting mad now.

Dispatcher: Okay. Hello?

Cotton: Yes

Dispatcher: Yes, I have the call [inaudible]. It has been dispatched. I'll let them know you're still waiting.

Cotton: Yes, 'cause I'm hot and I want to go to [inaudible] but I'm trying to wait until they come because my hand is really in pain and my leg is injured. [Inaudible voices heard in the background].

Dispatcher: Okay

Cotton: Thank you.

Dispatcher: You're welcome.

--- Call terminated ---

Dispatcher: D.C. non-emergency. Dispatcher 1-7-1-4. How may I help you?

Cotton: Yes, this is my second time calling the police. Um, it was an incident between me and my neighbor and the policeman threw me on the ground. My neighbor had a knife and let her run in the house. Plus he put me not under arrest like going to jail, he

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Transcript of Radio Tape
Case Number: 04-0273
Date Prepared: August 8, 2005

4

put me in handcuffs. He didn't do a police report I called somebody to come out. A supervisor and they haven't came yet.

Dispatcher: What's your location?

Cotton: 1723 Capital Avenue Northeast Apartment Number 3. [Inaudible voices heard in the background]. I told the supervisor. [Inaudible voices heard in the background]. Right. Everybody thinks that he did that because of us. But he didn't take no report or nothin'. Come on now. I mean, this lady could have killed me right [inaudible].

Dispatcher: Okay. And your name?

Cotton: Tasha. T-A-S-H-A.

Dispatcher: Last name Cotton?

Cotton: Yes. 'Cause I wanted him to come out before my witnesses leave. Because I had people here that witnessed that he threw me down for nothing. Plus, they said he didn't even call back up. He just threw me on the ground and then he called the girl after he had me under like, um, in handcuffs. My hand is swelling up and then my leg is scarred. I want to go to the hospital.

Dispatcher: You need an ambulance?

Cotton: I don't know if my fingers broke, but I can't really move 'em. [Inaudible voices heard in the background].

Dispatcher: So are you requesting an ambulance, ma'am?

Cotton: No, um, I'ma,- I'ma go. My sister gonna to take me when it's over because, um, he was like he was going to send an ambulance because I'm on, um, medication for panic attacks and depression. So he never did that. He never- he didn't do nothin'. He didn't take no report, ask me did I want to press charges against the lady or nothin'.

Dispatcher: Okay. That's 1723 Capital Avenue Northeast?

Cotton: Yes.

Dispatcher: Apartment 3?

Cotton: Yes.

Dispatcher: Okay, a report was taken.

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Transcript of Radio Tape
Case Number: 01-0110
Date Prepared: March 20, 2001

5

Cotton: A report was not taken. Was a report tooken Kesha? By the police?

Unidentified person: No. No. Um. [Inaudible].

Cotton: Did he take... What kind of report did he take? He didn't a report to press charges. [Inaudible voices in background].

Dispatcher: Okay, a report was taken for this location, but, um, when an official arrives there you can speak with the official, um, in reference to exactly what happened to you. Um, if you need an ambulance don't hesitate to call us back. We'll send you an ambulance.

Cotton: So do you know how long the people that's comin' gonna take?

Dispatcher: I just updated your... your, ah, call and I'll let the next available, you know, the next available official will be responding out to you.

Cotton: Thank you.

Dispatcher: Okay

Cotton: [Sound indicating agreement]

Dispatcher: Alright.

--- Call terminated ---

Dispatcher: D.C. non-emergency 3-1-1. Dispatcher 6-6-9-6. How may I assist you?

Cotton: Yes, this is my fourth time calling for the supervisor. 'Cause I have a complaint to make on a police officer. No one has came yet. [Pause]. My hand's swelling up.

Dispatcher: Hello?

Cotton: Yes.

Dispatcher: What is your address, ma'am?

Cotton: 1723 Capital Avenue Northeast Apartment Number 3.

Dispatcher: Okay. 1723 Capital Avenue?

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

```
Transcript of Radio Tape                                            6
Case Number: 04-0273
Date Prepared: August 8, 2005
```
---

Cotton: [Sound indicating agreement]. Apartment Number 3. Northeast.

Dispatcher: What's your name miss?

Cotton: Tasha

Dispatcher: Miss Cotton?

Cotton: [Sound indicating agreement].

Dispatcher: Okay. We already sent the police to your location.

Cotton: I don't want the police. I want a supervisor.

Dispatcher: You want a supervisor?

Cotton: Yes. A supervisor.

Dispatcher: Okay. This is – you live in, ah, 5-D. Ah, stay on the line I'm gonna connect you to the 5-D station and have you request to speak to an official there. Stay on the line ma'am. [Pause]. Okay, just in case we get disconnected the number is 7-2-7...

Cotton: 4-4-9-5?

Dispatcher: No. 4-5-1-0. Stay on the line.

Cotton: [Inaudible] take those dirty socks off and help her clean up.

--- [Dial tone] ---

5D: 5-D [inaudible]. May I help you?

Cotton: Hello?

5D: Hello? This is the Fifth District [inaudible] what can I do for you?

Cotton: Oh, yes. I called the, um, supervisor to come out three times because I would like to make a report on the police.

5D: You want to make a report on the police?

Cotton: Well, not a report. I'm trying to do something...

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Transcript of Radio Tape
Case Number: 01-0110
Date Prepared: March 20, 2001

7

5D: You want to make a complaint on the police?

Cotton: Yes.

5D: Okay, you need to come up to the police station.

Cotton: Oh, my God somebody ain't tell me that when I had a ride and even my witnesses.

5D: I don't know.

Cotton: Because the, um, the police [inaudible] it was.... I just can't explain it, but I have to come in.

5D: Yea, because you will have to fill out a complaint form and be interviewed by an official.

Cotton: So, is it going to be too late tomorrow because I don't have no [inaudible].

5D: No, it's not gonna to be too late tomorrow.

Cotton: Okay. Thank you.

5D: Okay?

Cotton: [Sound indicating agreement].

5D: Alright.

--- Call terminated ---

Dispatcher: Police communications. Dispatcher 13-36. How may I help you?

Cotton: Yes, I' trying, um, can you send the police out so I can make a complaint on another police because I just called, um, the police station and they said I had to come in and do it. But I just want a report until I can get there tomorrow.

Dispatcher: That's what you have to do. Go into the station [inaudible] an official to your house. A po – a supervisor of the police officer?

Cotton: Right.

Dispatcher: I can send them to your house.

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

```
Transcript of Radi_    __ Tape                                    8
Case Number: 04-0273
Date Prepared:  August 8, 2005
```

Cotton: But they did that and no one's here yet.

Dispatcher: What location?

Cotton: 1723 Capital Avenue Northeast Apartment Number 3.

Dispatcher: What's your name? Tasha Cotton?

Cotton: Yes.

Dispatcher: Okay. We got an – whoa – [pause]. Hold on. Let me go up there and talk to the dispatcher. Okay.

Cotton: [Sound indicating agreement]

Dispatcher: Now, don't hang up now.

Cotton: [Sound indicating agreement]

Dispatcher: Alright.

Cotton: Girl, something is wrong that's why he was like "whoa." You heard him [inaudible]. Ain't nobody come out yet.

-- Inaudible conversation between Cotton and a third party --

Dispatcher: Hello Miss Cotton?

Cotton: Yes.

Dispatcher: I just spoke with the dispatcher and she raised for an official to, um, respond to your location.

Cotton: [Sound indicating agreement]

Dispatcher: The official that answered that said she was going to call her over the phone. So would you like for me to call you back to find out whether the official is going to respond to you or whether they are going to call you?

Cotton: Yes, please because I don't want to wait until this get too late and then they say, "Oh, it's too late to do this and do that."

Dispatcher: Okay. What's your phone number there Miss Cotton?

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

```
Transcript of Radio Run Tape                                        9
Case Number: 01-0110
Date Prepared: March 20, 2001
```
---

Cotton: 2-0-2.

Dispatcher: 3-9-9-30-84.
Cotton: Yes.

Dispatcher: Okay, I'm call you back. I'm Dispatcher 13-36. My last name is Watson, okay?

Cotton: Thank you.

Dispatcher: Your welcome.

Cotton: [sound indicating agreement].

--- Call terminated ---

Dispatcher: D.C. emergency 9-1-1. Dispatcher 6-6-5-6.

Cotton: Yes, I need the fire department to 1723 Capital Avenue Northeast Apartment Number 3. I just had two, um, officers that came over here and they told me they smelled the gas in my house. And I called the gas man and he told me to call the fire department until they get here.

Dispatcher: Stay on the line. [Inaudible].

Cotton: [Sound indicating agreement]

Dispatcher: [Inaudible]

Cotton: Yes, I'm getting dizzy too. I don't know if it was because I was upset or what. [Inaudible voices heard in the background].

Fire Dept: D.C. Fire department. Dispatcher Number 3. What is the exact location of your emergency?

Cotton: 1723 Capital Avenue Northeast Apartment Number 3.

Fire Dept: What's the emergency there?

Cotton: I just had two people- the police came out for, um, something that happened and they told me that as soon as they walked in my house they smelled real strong gas and told me to call Washington Gas and I just called Washington Gas and he told me to call

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.

the fire department because I had kids in here. I'm feeling a little bit dizzy, but I don't know.

Fire Dept: Okay. 1723 Capital Avenue Northeast Apartment 3?

Cotton: Yes.

Fire Dept: Okay. I'm sending out some help, okay?

Cotton: Thank you.

Cotton: Bye-bye.

--- Call terminated ---

End of communications relating to OPC #04-0273
---------------------------

Counter: 144 – end of tape
Time: 22:31 – end
No communications related to OPC #04-0273

This document contains neither recommendations nor conclusions of the Office of Citizen Complaint Review (OCCR). It is the property of the OCCR and is loaned to your agency; it and its contents are not to be distributed outside your agency.