# Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 5

# Statement by Ida Houser to CCRB Dated January 18, 2005

| OFFICE OF POLICE COMPLAINTS<br>Washington, D.C.<br>Officer/Complainant/Witness Statement | OPC Complaint No.<br>04-0273 | |
|---|---|---|
| 1. Statement of: (Last, first, MI)<br>Lt. Ida George | 2. DOB:<br>On File | 3. Badge No.<br>L278 |
| 4. Home Address: (Organizational element for Officers)<br>3220 Idaho Avenue NW, WDC 20016 | 5. Home Phone:<br>NA | 6. Work Phone:<br>202-282-0054 |
| 7. Name of Investigator Taking Statement:<br>Investigator Alpha Griffin | 8. Date/Time Interview Started:<br>January 18, 2005 @ 9: 30 a.m. | |

Statement:
This statement was prepared following an interview conducted by OPC Investigator Griffin. The narrative is not, nor is it intended to be, a complete, verbatim record of the questions asked and the answers provided during the interview.

On June 7, 2004, I was assigned to the Fifth District police station. At the time, I was a Sergeant and I was working the midnight tour of duty. I recall that sometime during the night, after 9:30 p.m., I received a Radio Run while I was patrolling the area. I do not recall the specifics of the Radio Run. However, I know that I responded to the call and drove to the 1700 block of Capital Avenue NE. When I arrived on the scene, I recall seeing a large crowd of people standing in the street and on the sidewalk. The people in the crowd were watching what was going on with the other officer, which was Officer David Wallace. I recall that when I arrived on the scene a young woman, later identified by OPC as Latasha Cotton, was cursing and screaming. I believe that I may have spoke with Officer Wallace before I spoke with Ms. Cotton. I believe that Officer Wallace informed me that when he arrived on the scene he observed a brawl-- with two women fighting and people standing around watching the fight. I believe that Officer Wallace stated that one of the women fighting had run and the other woman was standing in the crowd with a knife. I recall that Officer Wallace told me that he grabbed the women with the knife- who I later learned was Latasha Cotton. I also recall hearing that after Officer Wallace grabbed Ms. Cotton, he threw her onto a nearby car. I don't recall if Officer Wallace provided me with this information or if Ms. Cotton told me this later when I interviewed her. I recall that I told Officer Wallace that he should not have went on the scene by himself because of the large crowd and Ms. Cotton, who was being belligerent and brandishing a weapon. Based on these facts, I believe that Officer Wallace threw Ms. Cotton onto the car for his safety and to assess the situation.

I HAVE READ THIS STATEMENT OR HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2504).

Investigator _Griffin_ assisted me with the preparation and typing of this statement.

_[signature]_
Signature of Person Giving Statement

| Date/Time Interview Ended:<br>January 18, 2006 at 10:30am | Investigator Signature:<br>_[signature]_ |
|---|---|
| Witness Printed Name:<br>Alan Perkoutan | Witness Signature:<br>_[signature]_ |
| Supervisor Initials:<br>MGA | Page 1 of 2 Pages |

OPC Statement Form, January 2005

EXHIBIT
Houser 2
Date: 4-17-07
Reporter: Donna O. Buckhaulis

OPC Statement Form Continuation

| Name of Person Providing Statement: | OPC Complaint No: |
|---|---|
| Investigator Alpha Griffin | 04-0273 |

(Statement - Continued):

After speaking with Officer Wallace, I recall that I went to Ms. Cotton's apartment to speak with her. Officer Wallace was also in the apartment when I interviewed Ms. Cotton. Ms. Cotton wanted to know why Officer Wallace did not arrest the other woman that she had been fighting, who I believe was Ms. Cotton's neighbor. I explained to Ms. Cotton that her neighbor had run away when Officer Wallace arrived on the scene and that it is why he did not immediately arrest the neighbor. I believe that a report was taken and that the assault would be investigated later by a detective. I believe that I may have told Ms. Cotton that the assault would be investigated later. Ms. Cotton also complained that Officer Wallace grabbed her and she showed me a small surface scratch. The scratch appeared to be a defensive wound that Ms. Cotton may have received during the fight with her neighbor. The wound was not bleeding and it was so small that I had to place her hand in the light so that I could see it better. I do not recall Ms. Cotton complaining about any other injuries to her body. I do not recall Ms. Cotton complaining that Officer Wallace cursed at her during the incident. I do not recall Ms. Cotton telling me that Officer Wallace used an ASP against her. If she had told me something like that, I would have immediately completed a Use of Force report. I do not recall Ms. Cotton telling me that Officer Wallace threatened to have her children taken to Children's Services. I recall that I told Ms. Cotton how she could file a complaint against Officer Wallace if she wished. She explained to me that she did not want to file a complaint at that moment because of her children or because she had to work that evening. I do not recall exactly why she did not want to immediately file a complaint. Ms. Cotton told me that she would file a complaint the following day. I recall observing children sleeping on a mattress that was in the living room of Ms. Cotton's apartment. I did not speak to the children because they were asleep. Other than Ms. Cotton and Officer Wallace, I do not recall speaking with anyone else on the scene.

I did not immediately leave the apartment building after speaking with Ms. Cotton. I recall that there was a problem with a gas leak in the apartment building. I do not recall if the gas leak was in Ms. Cotton's apartment or in another apartment in the building. I recall that Officer Wallace and I stayed on the scene until the proper authorities arrived. I do not know if Officer Wallace and I left the area at the same time or if I left the area before he did. I do not know if Officer Wallace and I were the only officers that were on the scene. I do not know if other officers had arrived on the scene prior to my arrival.

OPC statement Form Continuation Page, January 2005         Page 2 of 2 Pages




# Office of Police Complaints

## Memorandum of Interview
### Case Number: 04-0273

On January 18, 2006, Investigator Alpha Griffin interviewed witness officer, Lieutenant Ida George, Badge No. L278, Second District, Metropolitan Police Department (MPD).

Sergeant George did not have any notes relating to the June 7, 2004 incident with Officer Wallace.

Sergeant George appeared to be a credible witness.

Case Number: 04-0273
Interview Conducted By: Investigator Alpha Griffin
Date Prepared: January 18, 2006

This document contains neither recommendations nor conclusions of the Office of Police Complaints (OPC). It is the property of the OPC and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPC-2