# Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 6

# PD 251 Completed by Officer Wallace Regarding the Subject Incident

# Metropolitan Police Department
## Incident-Based Event Report
Washington, D.C.

**1 - CLASSIFICATION OF EVENT**

TYPE OF REPORT: Offense/Incident

**2 DATE AND TIME OF EVENT**
- Start Date: 07/04/[year]
- Start Time: 21:40
- End Date: —
- End Time: —

**3 DATE OF REPORT:** 07/04
**4 TIME OF REPORT:** 22:10
**5/6/7 DISTRICT/SECTOR/BEAT:** 506
**8 COMPLAINT NUMBER:** 078254

**EVENT LOCATION ADDRESS:** 700 Blk Capitol [St?] NE

**9 EVENT NO. 1:** DW Knife  1411

**10 REPORT RECEIVED BY:** On-scene / Radio run

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** N/A

**12 PROPERTY TYPE:** ● Public  ○ Private

**13** — **14 EVENT NO. 2:** —  **15 EVENT NO. 3:** —

**16 FORCED ENTRY:** ○ Yes  ○ No
**17 POINT OF ENTRY:** —
**18 a. Method Used:** N/A   **b. Tools Used:** —

**19 WEATHER CONDITIONS:** ● Clear  ○ Rain  ○ Other  ○ Cloudy  ○ Snow  ○ Not applicable  ○ Unknown

**20 SUSPECTED HATE CRIME?** ○ Ethnic  ○ Sexual Orientation  ○ Religious  ○ Other

**21 SECURITY SYSTEM (Mark all that apply):** ○ Alarm/Audio  ○ Alarm/Silent  ○ Camera  ○ Dog  ○ Dead bolt  ○ Unlocked  ○ Exterior lights  ○ Interior lights  ○ Fence  ○ Guard  ○ Neighborhood watch  ○ Other  ● Not applicable  ○ Unknown

**22 LOCATION TYPE (Mark only one):**
Bus/Train terminal; Savings & loan; Shop; Church/Synagogue/Temple; College/University; Commercial office building; Construction site; Convenience store; Department/Discount store; Government building; Doctor's office/Hospital; Drug store; Federal/Government bldg.; Field/Woods; Grocery/Supermarket; Hotel/Motel/Etc.; Jail/Prison; Lake/Waterway; Liquor store; Park area; Parking lot/Parking garage; Public housing project; Public/Private school; Rental storage facility; Residence/Home; Restaurant; Service station; Sidewalk; Specialty store; ● Street/Highway/Road; Tavern/Night club; Other; Not applicable; Unknown

**23 DESIGNATED AREAS (Mark all that apply):** Victim's vehicle; Suspect's vehicle; Taxi-cab; Bus; Train/Metro/Amtrak/Etc.; Hallway; Elevator; Stairwell; Basement/Laundry room; Apartment/Condo unit; Single family dwelling; Hotel/Motel room; College/University dorm; Classroom; Office room; Vacant building/room; Customer area; Storage area; In public housing; ● W/in 1 block of public housing; ● W/in 1,000 ft. of school; Other; Not applicable; Unknown

---

**III - VICTIM INFORMATION**

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** [illegible], Tasha
**25 RELATED TO EVENT NO(S):** 1

**26 VICTIM TYPE:** ○ Individual  ○ Business  ○ Financial inst.  ○ Government  ○ Religious org.  ○ Society/Public  ○ Police officer  ○ Other

**27 DATE OF BIRTH:** [Month]/[Day]/78
**28 AGE RANGE:** ○ 0-1 yr.  ○ 2-12 yrs.  ○ 13-17 yrs.  ● 18-65 yrs.  ○ Over 65
**29 SEX:** ○ Male  ● Female  ○ Unknown
**30 HOME PHONE:** (202) 399-358[?]
**31 BUSINESS PHONE:** ( )

**32 RACE/ETHNICITY (Mark all that apply):** ○ American Indian/Alaskan Native  ○ Asian/Pacific Islander  ● Black  ○ Chinese  ○ Latino/Hispanic  ○ Jamaican  ○ Japanese  ○ Korean  ○ Vietnamese  ○ White  ○ Other  ○ Unknown/Refused

**33 ADDRESS:** 723 Capitol Ave NE   ● DC Resident  ○ Non-DC Resident  ○ Unknown

**34 BUSINESS ADDRESS/SCHOOL:** —

**35 OCCUPATION:** —
**36 IS EVENT RELATED TO OCCUPATION?** ○ Yes  ○ No  ○ Unknown

**37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:** —

**38 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** —
**39 RELATED TO EVENT NO(S):** —
**40 VICTIM TYPE:** ○ Individual  ○ Business  ○ Financial inst.  ○ Government  ○ Religious org.  ○ Society/Public  ○ Police officer  ○ Other
**41 DATE OF BIRTH:** —
**42 AGE RANGE:** ○ 0-1 yr.  ○ 2-12 yrs.  ○ 13-17 yrs.  ○ 18-65 yrs.  ○ Over 65
**43 SEX:** ○ Male  ○ Female  ○ Unknown
**44 HOME PHONE:** ( )
**45 BUSINESS PHONE:** ( )
**46 RACE/ETHNICITY:** ○ American Indian/Alaskan Native  ○ Asian/Pacific Islander  ○ Black  ○ Chinese  ○ Latino/Hispanic  ○ Jamaican  ○ Japanese  ○ Korean  ○ Vietnamese  ○ White  ○ Other  ○ Unknown/Refused
**47 HOME ADDRESS:** —  ○ DC Resident  ○ Non-DC Resident  ○ Unknown
**48 BUSINESS ADDRESS/SCHOOL:** —
**49 OCCUPATION:** —
**50 IS EVENT RELATED TO OCCUPATION?** ○ Yes  ○ No  ○ Unknown
**51 ADDITIONAL MEANS TO CONTACT COMPLAINANT/V[ICTIM]:** —

---

**52 STATUS:** ● Open  ○ Closed  ○ Closed by arrest, attach PD-252  ○ Unfounded  ○ Suspended
**53 REVIEWER:** [signature]
**54 DISTRIBUTION:** —

Printed in U.S.A.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON. ● Yes ○ No | | Name: _____ Address: _____ | | | | | Phone-Area Code: _____ | |
| DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ○ Yes ○ No | 56A WAS PD FORM 378A ISSUED? ○ Yes ○ No  *N/A* | | | 57 IS CPO/TPO OUTSTANDING? ○ Yes ○ No ○ Unknown | | | IF YES, ENTER CPO/TPO #: _____ | |

INJURIES — Use the following codes to describe injuries. (Mark all that apply)
N = None Visible, M = Apparent Minor Injury, B = Apparent Broken Bones, O = Other Major Injury, I = Possible Internal Injury, G = Gunshot, L = Severe Laceration, T = Loss of Teeth, U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| Victim | ①②③④⑤ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| Suspect | ⑥⑦⑧⑨ | Ⓖ Ⓛ Ⓣ Ⓤ | | | | ○ Yes ○ No | | ○ Admitted ○ Released |

## PART III - PROPERTY

Codes: S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No.: _____
b. Location of Property Book: _____

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

TOTAL VALUE ▶

VEHICLE INFORMATION — Vehicle operated/used by: ○ Victim  ○ Suspect  ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**#1** ● Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ● Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Unknown ● Female | 28 | 5'11" | 180 | Brn | Blk |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| *Med* | | | | | | Wht | Wht | ○ Alcohol  ○ Drugs  ○ Computer  ● N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | ● Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | Knife | Unk | | |

**#2** ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

**#3** ○ Suspect  ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| ○ Handgun ○ Shotgun ○ Other firearm ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic | ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) ○ Blunt object ○ None ○ Motor vehicle ○ Unknown | | | | |

Value of vehicles to be entered by Information Processing section    078-254

PD 252 Rev. 10/86   Metropolitan Police Department   **SUPPLEMENT REPORT**   Washington, D.C.

- [ ] Classification Change
- [x] Additional Information

| 1. DISTRICT | 2. BEAT | 3. RA | 4. ORIGINAL CLASSIFICATION | 5. COMPLAINT NUMBER |
|---|---|---|---|---|
| 5D | 502 | 12 | ADW Knife | 079-254 |

| 6. DATE OF THIS REPORT | 7. REPORTING ELEM | 8. CLASSIFICATION OF REPORT CHANGED TO: |
|---|---|---|
| 6-7-04 | 5D | |

| 9. DATE AND TIME OF EVENT | 10. DATE AND TIME OF ORIG. RPT. | 11. EVENT LOCATION | 12. PROPERTY TYPE |
|---|---|---|---|
| 6-7-04 2145 | 6-7-04 2210 | 1700 Capitol Ave | [x] Public  [ ] Private |

| RADIO RUN RECEIVED | 14. DESCRIBE LOCATION | 15. WHERE ENTERED | 16. TOOLS/WEAPONS | 17. METHODS |
|---|---|---|---|---|
| [ ] Yes [ ] No | on scene / road / street | | Knife | |

| COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH | COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Coleman, Tasha | F | Blk | 1-27-81 | B | | | |

| | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [x] Suspect [ ] Missing Person | Blk | F | 29 | 5'11 | 180 | Brn | Blk | Med | | | | | Wht | Wht |
| [ ] Suspect [ ] Missing Person | | | | | | | | | | | | | | |

**SOLVABILITY FACTORS** — Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A. Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | | |
|---|---|---|---|
| Is there a witness? | [ ] Yes [x] No | If yes, enter name(s), address(es), phone number(s), hours of availability and brief account. | |
| Is a suspect named? | [x] Yes [ ] No | Enter the name and include any nickname used. | Robertson, Denise |
| Is the stolen property traceable? | [ ] Yes [ ] No | Include reason why or why not. | N/A |
| Is physical evidence present? | [ ] Yes [x] No | Describe it. | None |
| Is the perpetrator known to the victim? | [x] Yes [ ] No | If yes, describe the relationship. | Friend |
| Was a referral form given to complainant? | [x] Yes [ ] No | Give any address, place of employment, or hangout known for the perpetrator(s). | 1723 Capitol Ave #2 |
| During what hours is complainant available for interview | M-F 8am-4pm | List the name, address, phone number and any information provided when the area was canvassed. | 2 block canvass — Negative results |
| Is an MO or pattern indicated? | [ ] Yes [ ] No | Describe MO or pattern | |

**21. ADDITIONAL STOLEN PROPERTY**

| ITEM | SERIAL NO./OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | Property Book |
|---|---|---|---|---|---|---|
| | | | | | | BOOK/PAGE NO. |
| | | | | | | ADDITIONAL VALUE |
| | | | | | | ORIGINAL VALUE |

| YEAR | MAKE | MODEL | COLOR | BODY | TAG/STATE/YEAR | VEHICLE IDENTIFICATION NO. | TOTAL PROP. VALUE |
|---|---|---|---|---|---|---|---|

**NARRATIVE:** Record your activity and all developments in the case subsequent to your last report. List the names, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the names, addresses, and telephone numbers of all witnesses and suspects.

No additional information

| [ ] Prior Closed | [ ] Closed | [ ] Unfounded (explain in no.22) [ ] Suspended (explain in no. 22) | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICA. |
|---|---|---|---|---|---|

| INVESTIGATIVE OFFICER'S RECOMMENDATION | 28. SUPERVISOR'S RECOMMENDATION |
|---|---|
| [ ] Suspend  [x] Investigate Further | [ ] Suspend  [ ] Investigate Further |

| REPORTING MEMBER'S SIGNATURE | BADGE/ELEM | 30. INVESTIGATOR'S SIGNATURE | BADGE/ELEM | 31. SUPERVISOR'S SIGNATURE | BADGE/ELEM |
|---|---|---|---|---|---|
| | | | | | 1K00 |

| INVESTIGATIVE REVIEW OFFICER | 33. SUPERVISOR | BADGE/ELEM | 34. REVIEWER | 35. DISTRIBUTION |
|---|---|---|---|---|

*Value of vehicles will be entered by the Information Processing Section

## PART V - MISSING PERSONS

**64** PROBABLE CAUSE OF ABSENCE AND DESTINATION

**65** COMPLAINT NUMBER: 078254

**66** IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED

**67** CLASSIFICATION: ○ Critical  ○ Non-critical

**68** CLASSIFIED BY:

**69** PHYSICAL/MENTAL CONDITION (i.e., diabetic)

**70** DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

**71** NAME OF PARENT/GUARDIAN

**72** ADDRESS OF PARENT/GUARDIAN

**73** IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

**74** MISSING PERSON SECTION NOTIFIED (Name)

**75** NARRATIVE   Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

C-1 states her and S-1 engaged in a verbal altercation, when S-1 pulled a knife from her shorts, and stated "come on!" C-1 stated to the undersigned, "when you pulled in the black, she ran somewhere."

**76** EVIDENCE TECHNICIAN/CSES #

**77** NAME OF INVESTIGATOR NOTIFIED: Harris

**78** TELETYPE NOTIFIED (Name)

NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED

**79** TELETYPE #

REPORTING OFFICER'S SIGNATURE / ELEMENT / BADGE NUMBER

**81** OTHER POLICE AGENCY (indicate if report prepared by officer other than MPD): ○ USCP  ○ USSS  ○ METRO TRANSIT  ○ OTHER

**82** SECOND OFFICER'S NAME / ELEMENT / BADGE NUMBER

**83** SIGNATURE OF SUPERVISOR / ELEMENT: 50

[PD Form 251 — blank DC Metropolitan Police incident report, Part VI - Additional Information page, containing fields for Complainant/Victim/Missing Person No. 1 (fields 85-97 and 98-111), with sections for victim type, date of birth, age range, sex, home phone, business phone, race/ethnicity, home address, business address/school, occupation, and suspect description blocks with race, sex, age, height, weight, eyes, hair, scars, mustache, facial hair, hat, coat/jacket, pants, blouse/shirt, perpetrator suspected of using alcohol/drugs/computer/N/A, and weapons used in offense including firearm (shotgun, semi-automatic, automatic, other firearm), cutting instrument, blunt object, motor vehicle, hands/feet/teeth, none, other, unknown, with color/make/model/caliber fields.]