# Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 9

# Statement by Officer Wallace to CCRB Dated September 16, 2005

| OFFICE OF POLICE COMPLAINTS<br>Washington, D.C.<br>Officer/Complainant/Witness Statement | OPC Complaint No.<br>04-0273 | | |
|---|---|---|---|
| 1. Statement of: (Last, first, MI)<br>Officer David Wallace | 2. DOB: | | 3. Badge No.<br>1642 |
| 4. Home Address: (Organizational element for Officers)<br>1805 Bladensburg Rd. NE Washington, DC | 5. Home Phone: | | 6. Work Phone:<br>202-727-4494 |
| 7. Name of Investigator Taking Statement:<br>Alpha Griffin | 8. Date/Time Interview Started:<br>September 16, 2005 @ 10:01 a... | | |

Statement:
This statement was prepared following an interview conducted by OPC Investigator Griffin. The narrative is not, nor is it intended to be, a complete, verbatim record of the questions asked and the answers provided during the interview.

On June 7, 2004, I was assigned to the Fifth District. I was patrolling the Fifth District at approximately 10:00 p.m. when I encountered a large crowd gathered the in 1700 block of Capitol Avenue NE. There were approximately 40-50 people in the crowd and they were fighting. I observed people punching other people; I was unable to observe if the fighting entailed other forms of violence. The people in the crowd were fighting in the street, on the sidewalk and in yards. I heard people screaming and yelling. I do not recall what they were saying. As I was driving down Capitol Avenue the crowd began to surround my police cruiser. I stopped my police cruiser in order not to run them over. I do not recall if I called the dispatcher to inform the Fifth District of the situation. I exited my vehicle and I identified myself. I attempted to disperse the crowd by telling them to go home. I never touched anyone in the crowd. I did not use force to make anyone return their homes. I simply ordered everyone away. I do not recall if I drew my asp. I do not recall how long it took to get the crowd to disperse. I do not recall asking anyone in the crowd why the crowd had formed. I did not arrest anyone from the crowd.

I do not recall the complainant, Latasha Cotton. I do not recall if Ms. Cotton approached me or if I approached her. I recall that she asked me to take a report. I do not recall what she told me; however, I do recall writing the PD 251 and PD 252. I conducted a preliminary investigation, but I do not recall what the investigation consisted of.

I HAVE READ THIS STATEMENT OR HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2504).

Investigator Griffin assisted me with the preparation and typing of this statement.

Signature of Person Giving Statement

| Date/Time Interview Ended:<br>9/16/05 1048 | Investigator Signature: |
|---|---|
| Witness Printed Name:<br>INV. DAVID A. CURCIO | Witness Signature: |
| Supervisor Initials: | Page 1 of 2 Pages |

OPC Statement Form, January 2005

EXHIBIT
Houser 8
4/18/07

OPC Statement Form Continuation

| Name of Person Providing Statement: | OPC Complaint No: |
|---|---|
| Officer David Wallace | 04-0273 |

(Statement - Continued):

I never used force against Latasha Cotton. I never touched Latasha Cotton. I do not recall if a young lady was in possession of a weapon while I was on the scene. I do not recall telling Ms. Cotton, "Shut the fuck up." I never told Ms. Cotton how to supervise her children. I don't tell people how to raise their children that is the job of Child and Family Services. I never threatened to take Ms. Cotton's children to Social Services. I never ordered Ms. Cotton to leave her home. I do not recall if Ms. Cotton requested medical assistance. I do not recall calling for medical assistance.

End of statement

Page 2 of 2 Pages

OPC statement Form Continuation Page, January 2005