# Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 10

# Plaintiff's Supplemental Answers to Interrogatories