## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| **LATASHA M. COTTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No.:1:05 CV0147(RU)** |
| **v.** | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT, ET AL.** | : | |
| | : | |
| **Defendants,** | : | |

## ORDER

**UPON CONSIDERATION** of the foregoing Opposition to Defendants' Motion for

Summary Judgment, the information contained therein, and the record herein, it is this _____

day of _____, 200___,

**ORDERED,** that Defendants' Motion for Summary Judgment be and hereby is

**DENIED**.


**SO ORDERED**.


_____                    _____
Entered                             Ricardo M. Urbina
                                    U.S. District Court for the District of Columbia