IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LATASHA M. COTTON, | : |
|     Plaintiff, | : |
| v. | :  Case No.:1:05CV1047(RU) |
| DISTRICT OF COLUMBIA GOVERNMENT, ET AL. | : |
|     Defendants, | : |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that the attached document is Exhibit 1 to plaintiff's Oppositin to Defendant's Motion for Summary Judgment.

    Respectfully Submitted,
    DuBOFF & ASSOCIATES, CHARTERED
    <u>Donna Williams Rucker /s/</u>
    Donna Williams Rucker, Esquire
    METRO PLAZA ONE
    8401 Colesville Road, Suite 501
    Silver Spring, Maryland 20910
    (301) 495-3131
    (301)587-1872 (fax)