# Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 1

# Plaintiff's Deposition

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

---

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LATASHA M. COTTON,        :
    Plaintiff,   : Civil Case No.
    vs.          : 05-1047 (RU)
DISTRICT OF COLUMBIA,     :
et al,                    :
    Defendants.  :
- - - - - - -

DEPOSITION of LATASHA M. COTTON
Silver Spring, Maryland
Wednesday, April 18, 2007
3:26 P.M.

Job No: 1-101832
Pages 1 - 124
Reported by: Barbara A. Conner, R.P.R.

---

Deposition of LATASHA M. COTTON, held at the offices of:

DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road
Suite 501
Silver Spring, Maryland 20910
(301) 495-3131

Pursuant to Notice, before Barbara A. Conner, Registered Professional Reporter and Notary Public of the State of Maryland.

---

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
    DONNA W. RUCKER, ESQUIRE
    DUBOFF & ASSOCIATES, CHARTERED
    8401 Colesville Road
    Suite 501
    Silver Spring, Maryland 20910
    (301) 495-3131

ON BEHALF OF THE DEFENDANTS:
    DAVID JACKSON, ESQUIRE
    OFFICE OF THE ATTORNEY GENERAL
    FOR THE DISTRICT OF COLUMBIA
    441 4th Street, Northwest
    Suite 600 South
    Washington, D.C. 20001
    (202) 724-6618

ALSO PRESENT:
    Latasha Cotton

---

C O N T E N T S

EXAMINATION OF LATASHA M. COTTON          PAGE
    By Mr. Jackson                        5
    By Ms. Rucker                       120

E X H I B I T S
(No items were marked for identification.)

Page 9

You know, we transcribe this from what the clients tell us and I had written the way I understood her to say the sentence and when she read it back she said, "What I said was, I wanted to tell him such and such," and I said, "Well, we can correct that, if that's not what you meant to say."

The last one was a supplement to her response where she directed you to interrogatory number seven and that's number 11. That's the last one.

I can let you take a look at this and before Susan leaves, she's our notary -- she left yesterday before everybody got here. I'll also change the delivery date because I anticipated handing that to you as we got started yesterday and you know what yesterday was like.

Q  Ms. Cotton, would you please state your current address.
A  309 34th Place, Northeast, Washington, DC, 20019.
Q  And how long have you lived there?
A  A year and three months.
Q  And prior to that, where did you live?

Page 10

A  1732 Capitol Avenue, Northeast, Apartment 3.
Q  And that's the address where you were living on June 7 of 2004?
A  No.
Q  Let me back up a little bit. What is your date of birth?
A  1/27/81.
Q  And your Social Security number?
MS. RUCKER: Objection. We're not going to provide the Social.
MR. JACKSON: Why?
MS. RUCKER: Because of privacy issues. There's so much that can be done with a Social Security number. If you have why it's relevant --
MR. JACKSON: If I wanted to do a record check, then I'm going to need Social Security numbers.
MS. RUCKER: If you wanted to do what?
MR. JACKSON: A record check.
MS. RUCKER: All right, I will provide it to you off the record.
MR. JACKSON: Now, you can't --
MS. RUCKER: I'll provide it off the record,

Page 11

it's not going to be a public record, and this is what I've done in all of my depositions. If you want to go off the record right now and have Ms. Cotton tell you what her Social is, we can do that, but we don't want it to appear in a public deposition record.
MR. JACKSON: We can keep this confidential, that's fine, but I think I have a right to ask the question.
MS. RUCKER: We're going to give it to you, but we're just not putting it on the record. So, we'll go off the record and let me give you the Social Security number.
MR. JACKSON: Just note that in the record, please --
MS. RUCKER: All of this is in the record.
MR. JACKSON: -- that they refuse to answer the question.
MS. RUCKER: No, we're not refusing, we're providing it off the record.
MR. JACKSON: Well, you provided me with documents off the record, you provided me with interrogatories, everything is off the record, but this

Page 12

is a deposition.
MS. RUCKER: But, Mr. Jackson, please, let's be civil.

That document that I just gave you is a supplement that is required pursuant to the rules of evidence, it is not done off the record.

And I don't have a problem at any point during this deposition, this case or any other case that I have with you, putting matters on the record. I don't like the insinuation. And we will provide the Social Security number, but we will not put it on the record.

Let's go off the record for one second.
(A discussion was held off the record.)
MS. RUCKER: I'll just note, as we're back on the record, that off record Ms. Cotton provided counsel with her Social Security number.
Q  At 309 34th Place, Northeast, who lives with you?
A  Me, my three kids.
Q  And what are the ages of your children?
A  8, 6 and 3.
Q  Do you have any other children?

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

17

1   A   Yes.
2   Q   Let me jump ahead to June 4 of 2004 and, just
3   for the record --
4       MS. RUCKER: You said June 4 or 7 that you're
5   jumping ahead?
6       MR. JACKSON: I just want to clarify.
7       MS. RUCKER: I know.
8       MR. JACKSON: When I was reading the
9   complaint, it said June 7, but then I was recalling that
10  my first appearance in the court, somebody filled in for
11  you and we stipulated on the record that the correct
12  date would have been June 4, I believe.
13      Let me just go off the record for a minute,
14  please.
15      (A discussion was held off the record.)
16  Q   Turning your attention to June 7, 2004, at
17  approximately 10 o'clock in the evening, do you recall
18  an incident in which there was an altercation of some
19  sort between you and a neighbor? Do you recall that?
20  A   Yes.
21  Q   How did this incident occur?
22  A   Me and Denise Robertson and another neighbor

18

1   of ours that live next door to me was sitting on the
2   porch. We got into an argument or a disagreement.
3   Denise was using verbal language and she was yelling and
4   screaming.
5   Q   At you?
6   A   Yes.
7   Q   How long have you known Denise? How long did
8   you know her as of that day?
9   A   I can't remember.
10  Q   Did she live in the same building that you
11  lived in?
12  A   Yes.
13  Q   And on June 7 of 2004, where were you living?
14  A   1723 Capitol Avenue, Northeast, Apartment 3.
15  Q   The particular incident that has caused you
16  to file this complaint, did it occur in front of 1732
17  Capitol Avenue, Northeast?
18  A   No.
19  Q   Where did it occur?
20  A   1723 Capitol Avenue, Northeast.
21  Q   And that would have been the front of the
22  building you lived in, correct?

19

1   A   Yes.
2   Q   How many apartments are in that building?
3   A   4.
4   Q   And you were in apartment number 3?
5   A   Yes.
6   Q   And where did Denise live, what apartment
7   number?
8   A   I don't remember her apartment number, but
9   downstairs.
10  Q   So, you were on the third floor and she was
11  on the first floor, is that it?
12  A   No.
13  Q   On the second floor, she was on the first
14  floor?
15  A   Yes.
16  Q   Are there two apartments on each floor?
17  A   Yes.
18  Q   As of June 7 of 2004, did you consider
19  yourself to be friends with Denise?
20  A   No.
21  Q   Just neighbors?
22  A   Yes.

20

1   Q   Did she ever baby-sit for you?
2   A   No.
3   Q   Did she have children?
4   A   Yes.
5   Q   Did your children and her children play
6   together?
7   A   No.
8   Q   When you were sitting on the porch, who else
9   was on that porch with you?
10  A   Denise Robertson, Althea Hubbard and myself.
11  Q   Where were your children?
12  A   Outside with me.
13  Q   Where were they in relation to you sitting on
14  the porch?
15  A   Right in front of me, in the yard.
16  Q   Is there a gate that encloses the apartment
17  building?
18  A   At the time, there was no gate.
19  Q   Is there a grassy area in front of the
20  apartment building?
21  A   Yes.
22  Q   Were your children on the porch or off the

21

1  porch?
2  A  Off the porch, in the grass.
3  Q  In the grass?
4  A  Yes.
5  Q  And you indicated that you don't recall the
6  ages of your children at the time of the June 7, 2004
7  incident, correct? But you told me that their current
8  ages are 8, 6 and 3. Given the fact this is now almost,
9  within a couple of months, June of 2007, is it fair to
10 say that your 3 year old would have been under the age
11 of 1?
12 A  Yes.
13 Q  And so where was the baby on the evening of
14 June 7, 2004?
15 A  In my arms.
16 Q  And then your 6 year old would have been
17 approximately somewhere between 2 and 3, is that fair?
18 A  I can't remember.
19 Q  But if we take 2007 and, basically, do some
20 subtraction, is it fair to say that your 6 year old at
21 that time would have been somewhere between the age of 2
22 and 3?

22

1      MS. RUCKER: Objection, asked and answered.
2      You can answer.
3  A  He would have been 3.
4  Q  And where was the 3 year old? And, again,
5  when I say 3 year old this time, I'm actually talking
6  about your 6 year old. He would have been 3 at the
7  time. So, have I confused you?
8  A  No.
9  Q  Where was he or she?
10 A  In the yard, playing.
11 Q  And the 8 year old, where would that
12 individual have been?
13 A  In the yard, playing.
14 Q  So, the only child that was in your arms was
15 the baby?
16 A  Yes.
17 Q  Now, prior to this particular incident, had
18 you and Denise had fights before?
19     MS. RUCKER: Objection as to the form.
20     You can answer.
21 A  I don't recall.
22 Q  You don't recall? Did you ever have an

23

1  argument with her before?
2  A  I don't recall.
3  Q  The June 7, 2004 incident, what started that
4  between you and Denise?
5  A  I can't remember.
6  Q  Did she call you some kind of name that you
7  guys were fighting about?
8  A  I can't remember that.
9      MS. RUCKER: Objection.
10     You have to give me a chance to object.
11     Objection as to the form of the question.
12     You can answer.
13 Q  You don't know what started the argument
14 between yourself and Denise?
15     MS. RUCKER: Objection, asked and answered.
16     You can answer.
17 A  I can't remember.
18 Q  Did the incident with you and Denise turn
19 from a verbal altercation to a more physical
20 altercation?
21     MS. RUCKER: Objection as to form.
22     You can answer.

24

1  A  No.
2  Q  Were you arguing with Denise or was she
3  arguing with you?
4  A  I ignored her.
5  Q  What were the things that she was saying to
6  you?
7  A  I can't remember.
8  Q  Was she swearing?
9  A  I can't remember at this time.
10 Q  Did she say anything about your children?
11 A  I can't remember.
12 Q  Anything about your family?
13     MS. RUCKER: Objection, asked and answered.
14     You can answer.
15 Q  Anything about your extended family?
16 A  I can't remember.
17 Q  At some point did you and Denise move from
18 the porch onto the sidewalk?
19 A  Yes.
20 Q  And at this point in time were you and Denise
21 still having an argument?
22 A  She pulled a knife on me and I went towards

25

1 the stop sign.
2  Q  Where was your baby at, the baby that you
3 were holding in your arms?
4  A  My neighbor, Althea, took her from out of my
5 arms and took my kids into my house.
6  Q  And what is Althea's last name?
7  A  Hubbard.
8  Q  She a friend of yours?
9  A  No, a neighbor.
10  Q  And once Ms. Hubbard took your child from
11 you, what happened next?
12  A  Denise came closer to me, in my face. She
13 still was saying all types of things. I can't remember
14 what she was saying. Then she pulled a knife out of her
15 pocket or whatever, but she pulled a knife and I ran.
16  Q  Before she pulled a knife, how close did she
17 get to you?
18  A  I can't remember how close she was.
19  Q  Was she close enough that if you reached your
20 arm out, you could touch her?
21  A  I can't remember that.
22  Q  As you and I sit here across this table, it

26

1 looks to be about five and a half feet or so, was she as
2 close as you and I are today?
3  A  I can't recall.
4  Q  Do you know if she was further away than you
5 and I are today?
6  A  I can't remember.
7  Q  Do you know if she was closer than you and I
8 are today?
9    MR. JACKSON: Objection, asked and answered.
10    You can answer.
11  A  I can't remember how far or how close she
12 was, it happened too fast.
13  Q  When Denise pulled a knife, what did you do?
14    MR. JACKSON: Objection, asked and answered.
15  A  I ran.
16  Q  And this would have been after Ms. Hubbard
17 had taken your child from you?
18    MS. RUCKER: Objection, asked and answer.
19    You can answer.
20  A  Yes.
21  Q  Now, when you say you ran, I believe earlier
22 you said you ran towards the stop sign, correct?

27

1  A  Yes.
2  Q  If I am standing in front of your apartment
3 building, facing the building, is the stop sign to my
4 right or to my left?
5  A  Left.
6  Q  And what is the intersecting street where
7 that stop sign would have been located?
8  A  Capitol Avenue.
9  Q  And what is the cross street? What crosses
10 Capitol Avenue? What's the name of that street?
11  A  I can't recall at this time.
12  Q  How long did you live at 1723 Capitol Avenue?
13  A  I remember the year, a year, but I'm not for
14 sure how many months after that.
15  Q  But you lived there for at least a year?
16  A  Yes.
17  Q  Have you had the opportunity to review any of
18 the reports that have been produced to your attorney by
19 the District of Columbia, such as the Office of Police
20 Complaints report, the statements, the statements of
21 Officer Wallace, the statements of Lieutenant Houser, as
22 you had known her at that time, Lieutenant Ida George,

28

1 have you had an opportunity to review that?
2  A  No.
3  Q  Are you aware that in these reports it has
4 the location of the fight at 1732 Capitol Avenue? Are
5 you aware of that?
6  A  I don't understand your question.
7  Q  Well, let me ask you this. You say that you
8 lived at 1723. My reports have here that the fight
9 occurred near 1732 Capitol Avenue. All I want to know,
10 is that a misstatement or are these two different
11 apartment buildings?
12    MS. RUCKER: Objection as to the form of the
13 question.
14    You can answer.
15  A  Two different locations.
16  Q  How far from 1723 Capitol Avenue would 1732
17 Capitol Avenue be?
18  A  Across the street.
19  Q  Directly across the street?
20  A  Yes.
21  Q  Now, how many houses or apartment buildings
22 would be in between the stop sign and 1723 Capitol

Page 29

1  Avenue, where you lived?
2  A  I can't remember.
3  Q  Do you recall how far you would have to walk
4  to get to that intersection where the stop sign is?
5  A  I can't recall.
6  Q  Well, if you walked from your house to the
7  stop sign, how long would it take you?
8  A  I don't recall.
9  Q  Would it take you 30 seconds?
10     MS. RUCKER: Objection, asked and answered.
11 A  I don't recall.
12 Q  Do you know if it would take you a minute?
13    MS. RUCKER: Objection, asked and answered.
14 A  I don't recall.
15    MS. RUCKER: Keep your voice up.
16 Q  When you ran towards the stop sign, did
17 Denise chase you?
18 A  Yes.
19 Q  And how many people, if you can recall, were
20 out either on the sidewalk or on the porches at this
21 time, do you recall?
22 A  I can't remember.

Page 30

1  Q  Do you know if there were a lot of people?
2  A  I can't remember.
3  Q  So, other than run, did you do or say
4  anything else?
5     MS. RUCKER: Objection as to form.
6     You can answer.
7  A  No.
8  Q  So, when Denise pulled the knife, did you say
9  anything to her?
10 A  I can't remember.
11 Q  Did you say anything to Ms. Hubbard?
12 A  I can't remember.
13 Q  And, I'm sorry, but did you say that there
14 was somebody else on the porch besides yourself,
15 Ms. Hubbard and Denise and your children, of course?
16 A  No.
17 Q  Was your sister there?
18    MS. RUCKER: Objection as to form.
19 A  Can you ask me the question again.
20 Q  Do you have any sisters and brothers?
21 A  Yes.
22 Q  Were any of your sisters and brothers there

Page 31

1  at this time?
2     MS. RUCKER: Objection as to form. What time
3  are you referring to, counsel?
4  Q  Just for the record, when I say "this time,"
5  I'm talking about June 7, 2004, at 10 o'clock. If I say
6  "this incident," I'm talking about the incident which
7  you have alleged in your complaint.
8     MS. RUCKER: You just were talking about
9  something on the porch and then you asked was her sister
10 there. Are you talking about at the time on the porch
11 or at any point that night?
12 Q  Let me back up. At the time that you were on
13 the porch, was your sister on the porch?
14 A  No.
15 Q  When you reached the sidewalk, was your
16 sister there?
17 A  No.
18 Q  When Denise pulled a knife on you, was your
19 sister either on the porch or the sidewalk?
20 A  No.
21 Q  When you ran to the stop sign, was your
22 sister in that area?

Page 32

1  A  No.
2  Q  Were there any family members in that area at
3  that time?
4  A  No.
5  Q  Other than, obviously, your children,
6  correct?
7     MS. RUCKER: Objection, counsel. That
8  mischaracterizes her testimony.
9  Q  When you moved from the porch to the
10 sidewalk, and were you on the sidewalk or in the street?
11    MS. RUCKER: Objection as to form. At what
12 point, counsel?
13 Q  I just said, when you moved from the porch,
14 did you move onto the sidewalk or onto the street?
15    MS. RUCKER: Objection as to form. Her
16 testimony was she ran. That's why I'm confused when you
17 say "move."
18    MR. JACKSON: She said that she was on the
19 porch and then they were on the sidewalk and when she
20 pulled a knife, she ran.
21 Q  My question is, when you walked from the
22 porch --

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

33

1  A  I didn't say that.
2     MS. RUCKER: It's okay. Let him finish his
3  question.
4  Q  When you went from the porch, I thought you
5  said that you were then standing on the sidewalk and she
6  continued to say things to you and then she pulled a
7  knife.
8  A  I said, when we was on the porch, she pulled
9  a knife. I ran towards the stop sign.
10 Q  When you were on the porch, she pulls a
11 knife, you run from the porch, you ran on the
12 sidewalk --
13    MS. RUCKER: Objection as to the form of the
14 question.
15 Q  -- is that correct?
16 A  Yes, I was on the sidewalk.
17 Q  And my question was, at any time did you run
18 into the street?
19 A  No.
20 Q  When you ran from the porch, where were your
21 two oldest children?
22    MR. JACKSON: Objection, asked and answered.

34

1     You can answer.
2  A  A neighbor, Althea, took my kids upstairs
3  before I ran.
4  Q  Did Ms. Hubbard take the kids upstairs before
5  Denise pulled the knife on you?
6  A  Yes.
7  Q  Did you challenge Denise to a fight?
8     MS. RUCKER: Objection as to form.
9     You can answer.
10 A  I don't recall.
11 Q  Did you tell Denise that you would fight her?
12    MS. RUCKER: Objection.
13 A  I don't recall.
14    MS. RUCKER: Objection, asked and answered.
15    You can answer.
16 Q  I'm sorry, what was your answer?
17 A  I don't recall.
18 Q  When you ran to the stop sign, do you know if
19 Denise followed you?
20 A  Yes.
21    MS. RUCKER: Objection, asked and answered.
22    You can answer.

35

1  A  Yes.
2  Q  Did she run after you?
3  A  Yes.
4  Q  Did she catch up with you?
5  A  I don't recall.
6  Q  Did you make it to the stop sign?
7  A  Yes.
8  Q  When you got to that stop sign, what did you
9  do?
10 A  I stopped.
11 Q  And did you turn around and face the
12 direction that you just ran from?
13 A  First I looked, looked back. Her boyfriend
14 and her was walking towards, back towards the building.
15 Q  Did you see Denise with the knife in her hand
16 at that point?
17 A  Yes, she still had the knife in her hand.
18 Q  And what did you observe them doing once they
19 walked back towards the apartment?
20 A  Denise's boyfriend was calming her down,
21 talking to her. That's when I began to walk back.
22 Q  And as you're walking back, what happened

36

1  next?
2  A  As I'm walking back towards the buildings,
3  she comes towards me again with the knife.
4  Q  Did she walk towards you or did she run
5  towards you?
6  A  I can't remember.
7  Q  Where was her boyfriend at?
8  A  He was standing a little bit behind her.
9  Q  Was he still trying to hold her back, do you
10 know, or do you recall?
11 A  Not that I recall.
12 Q  And as she walked toward you, what did you
13 do?
14    MS. RUCKER: Objection, mischaracterizes the
15 testimony. You asked the witness did she recall whether
16 she walked around and she said she didn't recall.
17 Q  As she came towards you, what did you do?
18 A  I stood there.
19 Q  And what did Denise do?
20 A  She pointed the knife back and forth in my
21 face.
22 Q  And how close was she at this time that she's

**Page 37**

1  pointing the knife back and forth in your face, how
2  close is she to you?
3  A   Close.
4  Q   How close?
5  A   I can't remember how close.
6  Q   And, again, as you and I sit here today, was
7  she as close as you and I are now?
8  A   Closer.
9  Q   Was she halfway between the distance that you
10 and I are right now?
11     MS. RUCKER: Objection.
12     You can answer.
13 Q   And, again, I've estimated this to be about
14 five, five and a half feet between where you're sitting
15 and I'm sitting.
16     MS. RUCKER: Same objection.
17     You can answer.
18 A   I wouldn't be able to guess that, but she was
19 close.
20 Q   And did she say anything to you as she has
21 this knife?
22 A   Yes.

**Page 38**

1  Q   What is she saying?
2  A   I can't remember what she was saying, but she
3  was cursing and she was saying everything. I just can't
4  recall exact words at this time.
5  Q   What, if anything, did you say?
6  A   I can't remember.
7  Q   Did you have anything in your hands?
8  A   No.
9  Q   Other than the knife that Denise had, did she
10 have anything else in her hands?
11 A   No.
12 Q   So, after she's coming towards you and she's
13 waving this knife back and forth in your face, what
14 happened next?
15 A   Officer Wallace -- is that his name --
16 Q   I'll stipulate for the record that's his
17 name, yes.
18 A   -- pulled onto the street in his police
19 cruiser.
20 Q   Now, you were some distance between where you
21 lived and the stop sign is, correct?
22     MS. RUCKER: Objection as to the form of the

**Page 39**

1  question.
2  Q   Is 1723 located at the corner where the stop
3  sign is?
4  A   No.
5  Q   You've indicated that Officer Wallace pulled
6  onto the one-way street. Is 1730, that block, is that a
7  one-way street?
8      MS. RUCKER: Objection. Counsel, you're
9  saying 1730?
10 Q   Let me rephrase it.
11     The block that you lived on, that's a one-way
12 street?
13 A   Yes.
14 Q   And so did Officer Wallace drive from behind
15 you or was he coming towards you when you first noticed
16 him?
17 A   Behind.
18 Q   At that point, were there other people in the
19 street or on the street?
20 A   Yes.
21 Q   And let me, just for the record, because I
22 know sometimes I hear people use "street" and "sidewalk"

**Page 40**

1  interchangeably; when I say "street," I'm talking about
2  the area where cars drive, and if I say "sidewalk," I'm
3  talking about where people generally walk. Is that
4  fair?
5  A   Yes.
6  Q   Do you know if people were both in the street
7  and on the sidewalk?
8      MS. RUCKER: At what point, counsel?
9      MR. JACKSON: We're at a point now, I'm
10 trying to go chronological, but she said Officer Wallace
11 pulled up.
12     MS. RUCKER: That's what I wanted to know.
13 Go ahead.
14 A   Can you ask me the question again.
15 Q   Right.
16     At the point that you noticed Officer
17 Wallace, I believe you said that there were other people
18 out on the sidewalk. Is that correct?
19 A   They were in the street.
20 Q   So, you're talking about in the street where
21 the cars would generally drive when you say "street,"
22 correct?

**Page 41**

1   A   Yes.
2   Q   Were there also individuals on the sidewalk?
3   A   There were some people in the street. I
4   can't remember exactly where everyone was at. I can't
5   remember that.
6   Q   I'm not asking you to tell me exactly where a
7   particular individual was, but, just generally, were
8   people on the sidewalk and in the street or just in the
9   street?
10  A   I can't remember.
11  Q   Approximately how many people were out there?
12  A   I don't -- I don't recall that. I don't
13  recall how many was there at the time.
14  Q   Do you recall what the people in the street
15  were doing?
16  A   They were standing there.
17  Q   Do you recall if they were saying anything?
18  A   No, I can't recall.
19  Q   Let me make sure I'm clear, or maybe I need
20  to ask the question more clearer, and I'm not at this
21  point asking you what was said or what the words were,
22  but do you recall hearing voices coming from the crowd?

**Page 42**

1   A   No.
2   Q   Do you recall whether or not you heard
3   anybody cursing or swearing?
4       MS. RUCKER: Objection, asked and answered.
5       You can answer.
6   A   No, I can't recall that.
7   Q   What about the individuals you might recall
8   who were on the sidewalk, do you recall hearing any
9   voices coming from the people on the sidewalk?
10      MS. RUCKER: Objection, mischaracterizes the
11  testimony. The witness indicated she didn't recall if
12  people were on the sidewalk.
13  Q   Do you recall hearing any voices coming from
14  the sidewalk?
15      MS. RUCKER: Objection.
16      You can answer.
17  A   No, I don't recall.
18  Q   So, once you noticed Officer Wallace, what
19  happened next?
20  A   Denise started to walk away and Officer
21  Wallace, he exited his patrol car.
22  Q   And did you say anything to Officer Wallace?

**Page 43**

1   A   The people in the street told him Denise had
2   a knife.
3   Q   Do you know who in the street said that?
4   A   The crowd. The crowd that was standing
5   there.
6   Q   And how large was this crowd?
7   A   I don't remember.
8   Q   Do you recall how many times you heard
9   anybody say that Denise had a knife?
10  A   They kept telling him. They kept telling
11  Officer Wallace that she had a knife over and over.
12  Q   Did you say anything to Officer Wallace?
13      MS. RUCKER: Objection as to form.
14      You can answer.
15  A   I didn't get a chance to.
16  Q   Do you recall, when the crowd was saying,
17  "She has a knife," do you recall them pointing to
18  anybody in particular?
19  A   Yes.
20  Q   Who did they point to?
21  A   Denise Robertson.
22  Q   Where was Denise at this point?

**Page 44**

1   A   She was almost at the building before. When
2   they told Officer Wallace she had a knife, she was
3   almost at the porch part of our building where we left.
4   Q   At 1723 Capitol Avenue?
5   A   Yes.
6   Q   Did she still have the knife in her hand?
7   A   I can't remember. I can't remember if she
8   still had the knife because at that time Officer Wallace
9   then grabbed me, clipped me and pushed me forward to the
10  ground. So, I couldn't -- I wasn't paying attention to
11  what she had at the time.
12  Q   Prior to Officer Wallace clipping you and
13  pushing you to the ground, did he say anything to you?
14  A   No.
15  Q   From what you recall, Officer Wallace turned
16  onto the one-way street. At some point you realized he
17  was there, is that correct?
18      MS. RUCKER: Objection, asked and answered.
19      You can answer.
20  A   Yes.
21  Q   And did you see him get out of his cruiser?
22  A   Yes.

Page 45

1  Q  And when he got out of his cruiser, were you
2  standing directly across from him, in front of him or
3  behind him?
4  A  In front of him.
5  Q  Did you see Officer Wallace walk from the
6  cruiser over to you?
7  A  Yes.
8  Q  And as he's walking, did he say anything to
9  you?
10 A  No.
11 Q  Do you know if Officer Wallace knew at that
12 point that Denise had chased you with a knife?
13 A  Can you ask me that again.
14 Q  At the point that you see Officer Wallace
15 walking towards you, do you know if Officer Wallace at
16 that point knew that Denise had chased with you a knife?
17 A  Did he know that she chased me with a --
18 Q  Yes.
19 A  No.
20 Q  Do you know what caused Officer Wallace to
21 walk towards you?
22 A  No.

Page 46

1  Q  Did you have anything in your hands?
2  A  No.
3  Q  Did you at any time go into the house and get
4  roach spray?
5  A  No.
6  Q  Did anybody that was on the street, as you
7  recall, have roach spray in their hand?
8  A  I can't remember.
9      MS. RUCKER:  Off the record for one second.
10     (A discussion was held off the record.)
11 Q  Do you recall if anybody had any kind of
12 spray or an aerosol can in their hand?
13 A  I can't remember.
14 Q  You now noticed Officer Wallace walking
15 towards you.  If I remember correctly, he didn't say
16 anything to you, correct?
17     MS. RUCKER:  Objection, asked and answered.
18     You can answer.
19 A  Can you ask me again.
20 Q  As you're observing Officer Wallace walking
21 towards you, he didn't say anything to you?
22 A  No.

Page 47

1  Q  So, once he reached you, did he say anything
2  to you?
3      MS. RUCKER:  Objection, asked and answered.
4      You can answer.
5  A  No.
6  Q  Just prior to him -- I might not have the
7  exact words, forgive me -- did he clip you, is that the
8  word you used?
9      MS. RUCKER:  Counsel, are you looking for her
10 testimony in response to your question?
11     MR. JACKSON:  Yes.  I just want to make sure
12 I'm --
13     MS. RUCKER:  She said, "When he grabbed me
14 and pushed me forward and clipped my feet from under
15 me."
16 Q  Oh, clipped your feet.  Did he say anything
17 to you as he's doing this?
18 A  No.
19 Q  Do you know whether or not Ms. Hubbard at
20 this point, and when I say "this point," I'm talking
21 about the point that Officer Wallace now has you on the
22 ground, do you know if she was back outside, either on

Page 48

1  the street or in the sidewalk?
2  A  She wasn't.
3  Q  How do you know that?
4  A  She took my kids and also her child into my
5  apartment and she stayed in there the whole time with
6  them.
7  Q  And is your knowledge of that based on what
8  she told you?
9  A  No.
10 Q  Now, as you were going towards the ground,
11 what did you do, if anything?
12     MS. RUCKER:  To the ground?
13     MR. JACKSON:  To the ground.
14 A  I shielded my face with my hands so my face
15 wouldn't get scarred up on the concrete.
16 Q  Did you shield your face with one hand or
17 both hands?
18 A  Both.
19 Q  And what was the first part of your body,
20 obviously other than your feet, to hit the ground when
21 Officer Wallace clipped your legs?
22 A  I can't remember, it happened so fast.

53

1  What about the word "disruptive?"
2  A  I would need a definition.
3  Q  Were you at all resisting Officer Wallace's
4  attempts to put you to the ground?
5  A  No.
6  Q  If I may, can you tell me how much force he
7  used to force you to the ground?
8  A  I don't understand what you mean by how much
9  force.
10 Q  Well, let me ask you this way. Did he take
11 his arm and swing it and strike you with such force that
12 it caused you to fall to the ground?
13 A  No.
14 Q  Did he grab you by the hair and push your
15 head down with such force that it caused you to go to
16 the ground?
17 A  Did he pull my hair or push it?
18 Q  Well, pull you by the hair.
19 A  No.
20 Q  Did he in any way take his knee and kick the
21 back of your knees to force you to the ground?
22 A  No.

54

1  Q  Did he take his nightstick off his ASP and
2  strike you with it to force you to the ground?
3  A  No.
4  Q  Did he put his hand on your back and force
5  you to the ground?
6  A  No.
7  Q  Did he grab you by the shoulders as he's
8  kicking your feet out from you to force you to the
9  ground?
10 A  No.
11 Q  Did he hit you with his shoulder or his
12 forearm to force you to the ground?
13 A  No.
14 Q  How did he force you to the ground?
15 A  He clipped my legs in the front and he pushed
16 me forward to the ground, face first.
17 Q  Maybe my question wasn't clear. When you say
18 he pushed you, did he push you with his hand?
19 A  Yes.
20 Q  And where was his hand?
21 A  In the back of my head.
22 Q  In the back of your head. Okay.

55

1  How much force did he use to do that?
2  A  I wouldn't know.
3  Q  Did it cause your neck to hurt at all?
4  A  My hand was scraped, my knee was scraped, my
5  knee was bleeding.
6  Q  What about your neck?
7  A  No.
8  Q  So, now, after you're on the ground, and I
9  believe you said you turned around to ask what's going
10 on and were you asking Officer Wallace what's going on?
11 A  Yes.
12 Q  At this point were you handcuffed?
13 A  No.
14 Q  What did Officer Wallace say to you?
15 A  I can't remember.
16 Q  Did he say anything to you?
17 A  I can't remember, if he did, what was his
18 exact words, I can't remember.
19 Q  Is there anything that I could show you that
20 might help refresh your recollection?
21 A  Show me about what?
22 Q  Anything that I could show you that would

56

1  help you to remember what might have occurred between
2  you and Officer Wallace.
3       MS. RUCKER: I'm going to object, counsel.
4  That's an improper refreshing of recollection attempt
5  with respect to the witness, but you can add to the
6  question.
7  A  I don't understand what you're talking about.
8  Q  What is the next thing you recall, the next
9  event you recall happening after you're on the ground?
10 You turn around to ask Officer Wallace what's going on,
11 what is the next event that you recall happening?
12 A  I tried to get up, to stand up and he reached
13 for his stick.
14 Q  How big was his stick?
15 A  I can't remember how big it was.
16 Q  Do you know if it was 6 inches, 8 inches?
17      MS. RUCKER: Objection.
18      You can answer.
19 A  I can't remember.
20 Q  How do you know he was reaching for his
21 stick?
22 A  He had something on the side of him that was