DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

---

57

1 long and black.
2 Q Long and what, I'm sorry?
3 A Long and black. It was a hard object and I
4 just don't know how big it was.
5 Q You said on the side. Was he holding it in
6 his hand or was it on his waist somehow?
7 A It was on his waist somewhere.
8 Q Did he ever take this off his waist?
9 A I can't recall if he did.
10 Q When you first observed him reaching for this
11 stick, was his hand off of the stick, away from the
12 stick?
13     MS. RUCKER: Objection as to form.
14 A He was reaching for the stick as if he was
15 about to touch it.
16 Q But he did not touch it at that point, when
17 you first noticed it?
18     MS. RUCKER: Objection as to form.
19     You can answer.
20 A I don't understand what you're saying.
21 Q You said that he was reaching as if to touch
22 it. My question is, when you observed Officer Wallace

58

1 reaching as if to touch it, at that point his hand had
2 not actually touched the stick, correct?
3     MR. JACKSON: Objection as to form.
4 A No.
5 Q No, his hand had not touched it?
6     MS. RUCKER: Same objection as to form.
7     You can answer.
8 A I can't remember if he touched it or not.
9 Q And then what happened next?
10 A As he was reaching for his stick, the crowd
11 told me to stay down, "Stay down. Don't move."
12 Q At this point in time, other than your
13 children who were in the apartment, were any of your
14 family members there?
15 A No.
16 Q And as the crowd told you to stay down, stay
17 down, what did you do?
18 A I stayed down.
19 Q What did Officer Wallace do?
20 A He then grabbed me, lifted me up, put the
21 handcuffs on me.
22 Q How did he grab you?

59

1 A I can't remember exactly how he grabbed me.
2 Q Do you remember if he grabbed you by the
3 shoulders, around your waist, under your armpits, do you
4 recall that?
5 A I can't remember.
6 Q Do you recall if he grabbed you by one hand
7 or two hands?
8 A I can't remember.
9 Q When you say he picked you up, can you tell
10 me whether or not at any time did your feet come off the
11 ground?
12 A No, they did not.
13 Q As he picked you up, what did he say to you?
14 A That I was going to jail and my kids was
15 going to child and family services.
16 Q And did you say anything to him?
17 A I kept repeating that Denise had a knife and
18 she was standing there and I also pointed her out.
19 Q And was she still on the porch at that point?
20 A Yes.
21 Q And could you see whether or not she still
22 had a knife in her hand?

60

1 A No, she didn't have a knife at that time.
2 Q When Officer Wallace said to you, "You're
3 going to jail," did you ask him why?
4 A Well, as soon as he told me I was going to
5 jail, that's when I started to cry.
6 Q My question is, did you ask him why you were
7 going to jail?
8 A I can't remember.
9 Q Now, when you say he put you in handcuffs,
10 let me back up a couple of frames. When he picked you
11 up, were you then facing him or was he behind you?
12 A He was behind me.
13 Q And he told you you were going to jail, is
14 that what you're saying?
15     MS. RUCKER: Objection, asked and answered.
16     You can answer.
17 A Yes.
18 Q Then it's my understanding from your
19 testimony he then put the handcuffs on you, correct?
20     MS. RUCKER: Objection, mischaracterizes the
21 sequence of the testimony.
22     You can answer.

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

---

Page 69

1  just asked you to read it over for us and let me know
2  when you're ready and then I'll ask you a question.
3     A    I'm ready.
4     Q    There's also, I believe, it goes over to the
5  next page, so I want to make sure that you read the
6  whole thing.
7     A    Oh.
8     Q    Okay? And, in fact, I think it even goes
9  over to the next page.
10        MS. RUCKER: Read all of the answer for
11  number 7 that's in bold. Do you see where it starts in
12  bold, where it says "answer?" Read all the bold.
13        THE WITNESS: You want me to read it out
14  loud?
15        MS. RUCKER: No, you can read it to yourself.
16        MR. JACKSON: I can actually speed this up a
17  bit.
18        MS. RUCKER: Okay.
19    Q    Let me just ask you and then you can take a
20  look through your statement, but do you see anywhere in
21  answer to number 7 where you say that the handcuffs were
22  put on too tightly?

Page 70

1     A    At that time I didn't remember every exact
2  thing. Like I just gave them mainly -- I remember when
3  I told them about the handcuffs. I see it, it's right
4  there.
5     Q    But my question is, do you see where it says
6  that they put the handcuffs on too tightly?
7     A    No, it isn't there.
8     Q    And when you were interviewed or gave a
9  statement to the Office of Police Complaints
10  investigator, do you recall whether or not you told that
11  person that the handcuffs were on too tightly?
12        MS. RUCKER: Objection. I just want to point
13  out an objection to a point of information for the
14  record. The witness's pointing out the fact that it
15  doesn't say that the handcuffs were on too tight. You
16  didn't have any question related to that and then my
17  objection to this particular question that you presently
18  have pending is as to form.
19        You can answer.
20    A    I remember that I told Officer Wallace at the
21  time he put the handcuffs on me, but I don't remember
22  that I told the Office of Police Complaints.

Page 71

1     Q    I'm showing you now exhibit number 4 from
2  Lieutenant Houser's deposition and this is the Office of
3  Police Complaints MPD radio run tape transcript, tape
4  number 04-0273. That's the document. I will show you
5  that.
6        By the way, Ms. Cotton, have you had the
7  opportunity to listen to the 911 or 311 calls that you
8  placed to the Metropolitan Police Department?
9     A    I didn't hear everything you said.
10    Q    Have you had the opportunity to listen to the
11  tape recordings from 911 or 311 that you placed to the
12  Metropolitan Police Department?
13    A    No, I have not.
14    Q    Let me ask you, do you see the section where
15  it says "tape 2/side A" at the very top?
16    A    Yes.
17    Q    And right below that it says "Cotton," do you
18  see that?
19    A    Yes.
20    Q    And it says "Cotton" and then it says, "I
21  slammed you because you swung on me." Do you see that?
22    A    Yes.

Page 72

1     Q    Do you know who you were referring to when
2  you said, "I slammed you because you swung on me"?
3     A    I can't remember.
4     Q    Did you slam Denise?
5     A    No.
6     Q    Now, I believe that we had reached the point
7  in this event of June 7 of 2004 when Officer Wallace had
8  put the handcuffs on you. Okay? So, picking up from
9  that point on, once he put the handcuffs on you, did he
10  say anything to you?
11    A    Yes.
12    Q    What did he say?
13    A    I was going to jail and my kids was going to
14  child and family services.
15    Q    Did you tell Officer Wallace that you had
16  children?
17    A    No.
18    Q    Do you know whether or not at that point
19  Officer Wallace knew that you had children?
20    A    Yes.
21    Q    Do you know how Officer Wallace knew you had
22  children?

Page 73

1   A   Yes.
2   Q   How did he know?
3   A   Because he asked Denise and other people that
4   was standing on the porch with her were those my kids
5   upstairs.
6   Q   So, Denise was on the porch at this point?
7   A   Yes.
8   Q   So, Officer Wallace had a conversation with
9   Denise?
10  A   Yes.
11  Q   And when he had that conversation with
12  Denise, did you tell Officer Wallace that she's the one
13  that had the knife?
14  A   I told him several times; he ignored me.
15  Q   I understand that. My question was, when he
16  asked Denise whose kids were those upstairs, did you
17  tell Office Wallace that Denise was the one that had the
18  knife?
19  A   Yes.
20  Q   Now, do you know how Officer Wallace knew
21  that there were kids upstairs?
22  A   My kids was in the window crying.

Page 74

1   Q   And did you see them in the window?
2   A   Yes.
3   Q   Did you see anybody else in the window?
4   A   Yes.
5   Q   Who did you see in the window?
6   A   Althea Hubbard, my neighbor.
7   Q   How many of your children were in the window
8   crying?
9   A   My 8 year old and my 3 year old.
10  Q   Did you see the baby?
11  A   No.
12  Q   And when Officer Wallace was talking to
13  Denise, did he walk away from you to talk to her?
14  A   I can't remember.
15  Q   At the time that Officer Wallace put the
16  handcuffs on you, how far were you from the porch to
17  your apartment building?
18  A   Excuse me?
19  Q   At the time that Officer Wallace put the
20  handcuffs on you, how far were you from the porch to
21  your apartment building?
22  A   I don't remember.

Page 75

1   Q   Were you still standing on the sidewalk?
2   A   He placed --
3       MS. RUCKER: Objection, misstates the
4   testimony.
5       You can answer.
6   A   When he put the handcuffs on me, he took me
7   to an abandoned building and set me on the porch.
8   Q   Is the abandoned building on the same side of
9   the street as your apartment building was?
10  A   Yes.
11  Q   How far from your apartment building is the
12  abandoned building?
13  A   I don't know.
14  Q   Is it next door to your building?
15  A   I wouldn't be able to tell you because I
16  don't know.
17  Q   You don't know whether or not the abandoned
18  building was right next door to you?
19  A   I can't remember.
20  Q   When did you move from 1723 Capitol Avenue,
21  Northeast?
22  A   I can't remember the exact date.

Page 76

1   Q   How long after the incident of June 7, 2004
2   did you move from 1723 Capitol Avenue, Northeast?
3   A   Can you repeat that?
4   Q   How long after the incident of June 7 did you
5   move?
6   A   July.
7   Q   So, approximately a month later?
8   A   Yes.
9   Q   And I believe you testified earlier it was a
10  little over somewhat of a year that you lived there?
11  A   Yes.
12  Q   And you're now testifying that you don't know
13  if the abandoned building was or was not next door to
14  where you lived?
15      MS. RUCKER: Objection, argumentative.
16  Objection, it's been asked and answered.
17  A   I can't remember how far they were from each
18  other.
19  Q   I'm not asking you the distance. I'm asking
20  you, you lived at 1723 Capitol Avenue, Northeast. The
21  abandoned building that you say Officer Wallace took you
22  to, would that be the next building to either side of

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

77

1 the building you lived in?
2  A   Yes, it was the next building.
3  Q   Now, when you say he took you to the
4 building, what did he do?
5  A   He walked me there when I was -- I had
6 handcuffs behind me. He walked me to the porch and set
7 me down on the step.
8  Q   And as he's walking you to the porch, did he
9 say anything to you?
10 A   He told me to sit down.
11 Q   Did you say anything to him?
12 A   I then had an anxiety attack.
13 Q   Did you sit down?
14 A   Yes.
15 Q   Did he force you to sit down?
16 A   No.
17 Q   And how long have you been experiencing
18 anxiety attacks? And maybe I should be a little bit
19 clearer. Prior to this particular day, how long had you
20 been experiencing anxiety attacks?
21     MS. RUCKER: Objection as to form.
22     You can answer.

78

1  A   I can't understand what you're asking me.
2  Q   Prior to June 7 of 2004, did you have anxiety
3 attacks?
4  A   Before then?
5  Q   Yes.
6  A   No.
7  Q   That was the first time you had an anxiety
8 attack?
9  A   I was having anxiety way before June 2004,
10 but they was under control. I wasn't no longer having
11 them.
12 Q   Well, that was my question, I believe.
13     MS. RUCKER: That was her answer, counsel.
14 Q   When you say way before June of 2004, how
15 much prior to June of 2004 were you having these anxiety
16 attacks?
17 A   I can't remember the actual date and time.
18 Q   Can you remember the month?
19 A   No.
20 Q   The year?
21 A   I can't remember at this time.
22 Q   Now, did you sit on the stairs of the

79

1 abandoned building?
2  A   Yes.
3  Q   Once you sat on the stairs, what happened
4 next?
5  A   Officer Wallace walked away from me and left
6 me there sitting alone.
7  Q   Did you see where he went?
8  A   I can't remember exactly because I was going
9 through anxiety. I was upset, I was crying, so I can't
10 remember exactly where he walked or what he done.
11 Q   Do you remember whether or not he went to
12 talk to Denise?
13     MS. RUCKER: Objection, asked and answered.
14     You can answer.
15 A   The only thing I can remember at this time
16 is, a police cruiser pulled up and he went to talk to
17 the officer that arrived on the scene.
18 Q   Well, that's fair enough. So, that's what
19 you recall his next movement being once you sat on the
20 steps, that he went and talked to a police cruiser --
21     MS. RUCKER: Objection.
22 Q   -- or he went over to a police cruiser?

80

1      MS. RUCKER: Objection. It mischaracterizes
2 the statement. The witness said all she can remember.
3 Your question insinuates that she's saying that it's a
4 sequence of events.
5  Q   That's not what I'm asking you in terms of
6 the sequence of events.
7      My question was, and I understand your answer
8 when you said you can't remember when I asked you if he
9 went to talk to Denise, you said you can't remember
10 exactly what he did, but your next recollection of an
11 event, I'm not asking you what occurred first, was that
12 he went over to a police cruiser, is that correct?
13 A   I can't understand because you're asking me
14 two different things at one time.
15 Q   After you were sitting on the stairs, you
16 recall Officer Wallace walking away from you, going to a
17 police cruiser, correct?
18     MS. RUCKER: Objection, mischaracterizes the
19 testimony. Objection as to form.
20     You can answer.
21 A   I don't recall him walking away, going
22 directly to the police cruiser. After he left me, I

20 (Pages 77 to 80)

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

81

1  don't know what he did. I can't remember.
2  Q    When you were sitting on the stairs, did you
3  see Denise?
4  A    Yes.
5  Q    Where was she at?
6  A    She was on the porch, still standing on the
7  porch.
8  Q    And did you see Officer Wallace walk over to
9  Denise at that point?
10       MS. RUCKER:  Objection, asked and answered.
11  A    No.
12  Q    At some point you noticed a second police car
13  on the scene?
14  A    I don't remember a second police car.
15  Q    Well, the first police car, you said Officer
16  Wallace pulled up, correct?
17  A    Yes.
18  Q    And then you said you saw him walking over to
19  a police cruiser. Was he walking to the same police
20  cruiser that he pulled up in?
21  A    No.
22  Q    He was walking towards another police

82

1  cruiser?
2  A    Yes.
3  Q    So, that would have been the second police
4  cruiser that was on the scene?
5  A    Yes.
6  Q    Could you see the individual who was sitting
7  in the police cruiser?
8       MS. RUCKER:  Objection to the form.
9       You can answer.
10  A   I seen when the police got out of her vehicle
11  that it was a woman, a female. That's all I can
12  remember.
13  Q    That's what my next question was, was it male
14  or female. It was a female?
15  A    Yes.
16  Q    And you sat here through the deposition of
17  Lieutenant Ida George Houser, the lieutenant that was
18  just being questioned by your lawyer?
19  A    Yes.
20  Q    Was she the individual that you saw get out
21  of the police cruiser, do you recall?
22  A    This happened a long time ago, I can't

83

1  remember her by face. I wouldn't know if that was her
2  or not, I can't remember.
3  Q    Do you recall Lieutenant Houser inside of
4  your apartment?
5  A    No.
6  Q    Do you recall any female police officer
7  inside of your apartment?
8  A    Yes.
9  Q    You just don't remember if it was Lieutenant
10  Houser or not, is that correct?
11  A    It wasn't her.
12  Q    It was not her?
13  A    Yes, it was not her that came into my
14  apartment.
15  Q    Can you describe for me in terms of height or
16  weight and the race of this other person and gender of
17  the other officer that was in your apartment?
18  A    She was a female, she was African-American,
19  but I can't tell you weight or her height. I can't
20  remember that.
21  Q    At this time, at the time that you're sitting
22  on the stairs, was your sister there?

84

1  A    No.
2  Q    When Officer Wallace walks away from you, to
3  go wherever he's going, was your sister there?
4  A    Not at that time.
5  Q    What is the next event that you recall
6  happening with Officer Wallace?
7  A    The female officer got out of her car. She
8  was talking to Officer Wallace. I don't exactly
9  remember what they were talking about, but I remember
10  him telling her that everything was okay. She then got
11  back in her car and left.
12  Q    At that point did you call out or try to talk
13  to this female officer?
14  A    No.
15  Q    Once she'd left, what did Officer Wallace do?
16  A    I can't remember exactly what he did at that
17  time.
18  Q    As you were having these anxiety attacks, or
19  attack, singular, did Officer Wallace ask you if you
20  needed medical attention?
21  A    I can't remember that.
22  Q    Did you ask him to call an ambulance or

21 (Pages 81 to 84)

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 85

1 anything?
2    A    At the time of my anxiety attack?
3    Q    Yes, ma'am. Or Miss, I should say.
4    A    When I was having my anxiety attack, I
5 couldn't even speak. I was focused on calming myself
6 down.
7    Q    Did you calm down after a while?
8    A    Yes, when my sister arrived.
9    Q    And when your sister arrived, where was
10 Officer Wallace?
11    A    I can't remember.
12    Q    Did he walk back over to you?
13    A    No.
14    Q    You don't remember where he was?
15    A    Not at that time.
16    Q    How long were you in handcuffs?
17    A    A long time.
18    Q    For how long?
19    A    I can't -- I can't give you an estimate of
20 time, but I was in handcuffs a very long time.
21    Q    Do you know if it was more than 15 minutes?
22    A    Yeah, it was more than 15 minutes.

Page 86

1    Q    More than an hour?
2    A    I wouldn't be able to tell you that because
3 at that time I wasn't timing myself, but I was in
4 handcuffs a long time.
5    Q    Did you ever hear Officer Wallace say,
6 "You're under arrest"?
7    A    Yes.
8    Q    What did he say?
9    A    Hold on. Can you ask me that again.
10    Q    Did you ever hear Officer Wallace say to you
11 that you were under arrest?
12    A    Under arrest --
13    Q    Yes.
14    A    -- or going to jail?
15    Q    No, under arrest.
16    A    No.
17    Q    Now, at some point did Officer Wallace take
18 the handcuffs off you?
19    A    Yes.
20    Q    And what did he say to you as he's taking the
21 handcuffs off you?
22    A    I can't remember exactly what he said, but

Page 87

1 what I can remember was, him and my sister negotiated
2 that if he took the handcuffs off of me, I would have to
3 go with her and leave my house, and she begged him that
4 she will take me with her so that I wouldn't go to jail
5 and my kids wouldn't go to child and family services.
6    Q    Did he take the handcuffs off?
7    A    Yes.
8    Q    And did you leave with your sister?
9    A    I don't understand what you're saying.
10    Q    Well, I thought you just told me that your
11 sister and Officer Wallace negotiated and they said if
12 he takes the handcuffs off you, that you have to leave
13 with your sister?
14    A    Yes, he did, but if you're talking about
15 right away. Are you talking about did I leave like once
16 he took me out of the handcuffs, did I leave?
17    Q    Yes.
18    A    I can't remember leaving right away.
19    Q    Do you recall going back into your apartment?
20    A    Yes.
21    Q    And when you went back into your apartment,
22 do you know where Officer Wallace was?

Page 88

1    A    He was still outside.
2    Q    Do you know what he was doing?
3    A    As we was walking into the building, Officer
4 Wallace then got in his police car.
5    Q    And what did he do?
6    A    He was writing something down.
7    Q    And you were in your apartment at this point?
8        MS. RUCKER:  At what point?
9    Q    When Officer Wallace is sitting in his car
10 writing something down, you were in your apartment at
11 that point?
12    A    We were going inside my apartment.
13    Q    And when you got into your apartment, did you
14 call 911 or 311?
15    A    Yes.
16    Q    And at some point did Officer Wallace give
17 you a copy of a police report?
18    A    Yes.
19    Q    And did he come into your apartment to give
20 you that report?
21    A    No.
22    Q    How did you get the report from him?

97

1      THE WITNESS: Yes.
2      MS. RUCKER: You're not speaking about on
3  June 7, are you, counsel? I don't know if you had a
4  question concerning June 7 and you drew her attention to
5  that.
6      MR. JACKSON: In response to your question,
7  counsel, I am talking about June 7, and maybe June the
8  8, to the extent that this might have occurred shortly
9  after midnight, but my question goes to the same set of
10 911/311 calls that she made.
11     MS. RUCKER: Well, then, I would ask you to
12 restate the question because when you asked the question
13 if she recalled making it, you didn't indicate the time
14 frame, because she had just testified that before June 7
15 she had called regarding the smell of gas in her
16 apartment.
17   Q   On June 7 or in the early morning of June 8,
18 during one of the phone calls that you made to 311 or
19 911, do you recall telling them that, the dispatcher
20 that?
21     MS. RUCKER: That?
22     MR. JACKSON: Well, I can read the whole

98

1  thing.
2      MS. RUCKER: Just say the gas when you're
3  speaking about the gas.
4      MR. JACKSON: Right, the gas.
5    A   The only time I called for gas was before
6  June the 7. I only had one time called them for gas and
7  it was way before June the 7 and they came and they
8  found a gas leak.
9    Q   How long before June 7 did this occur?
10   A   Months before June the 7. I cannot recall
11 the exact month. We all had to leave our building, so
12 all of our -- all of my neighbors and me.
13   Q   So, you're saying this conversation occurred
14 at some point before June 7?
15   A   Yes.
16   Q   Now, at some point during the time that you
17 first observed Officer Wallace on the scene and the time
18 that he left, did he use some language in talking to you
19 that you found to be offensive?
20   A   Cursing?
21   Q   Whatever you found to be offensive.
22   A   Yes.

99

1    Q   What did he say that you found to be
2  offensive?
3    A   I cannot exactly remember.
4    Q   Can you give me a general idea of what he
5  might have said?
6    A   I can say it?
7    Q   Yes, you can say.
8    A   "Shut the fuck up," I remember that.
9    Q   Anything else?
10   A   He cursed at my sister when she arrived.
11   Q   I don't mean to cut you off, but I just want
12 to know what he said to you.
13   A   Oh, to me?
14   Q   Yes.
15   A   But you asked me anything else do I remember
16 him saying.
17   Q   Let me rephrase it. Anything that he said to
18 you that you found offensive.
19   A   I can't remember at this time.
20   Q   Except for, "Shut the fuck up"?
21   A   Yes.
22   Q   Do you recall how many times he said that?

100

1    A   No, I don't recall.
2    Q   Was it more than once?
3    A   I can't remember.
4    Q   But you know he said it at least once?
5    A   I can't remember.
6    Q   When you spoke with the investigator from the
7  Office of Police Complaints, and just so that I stop
8  stumbling over the words, I'll just say OPC from now on.
9  Is that okay?
10   A   Yes.
11   Q   Did you tell the person that you spoke to
12 that at the time you and Denise Robertson began to
13 engage in a verbal disagreement that you were holding
14 your 1 year old son on your lap? Do you recall telling
15 him that?
16   A   No.
17   Q   You never told the investigator that?
18   A   No.
19   Q   Do you recall telling the investigator that
20 you told your 4 year old daughter and your son to go
21 into the apartment, do you recall saying that?
22   A   I don't have a 4 year old daughter.

Page 105

1  I fell.
2    Q  And when you went to the doctor, do you
3  recall what the diagnosis or what the doctor said might
4  be wrong with your breast?
5    A  Yes.
6    Q  What did he or she say?
7    A  She said my breast was injured and that she
8  gave me Motrin for pain and told me certain things to do
9  to reduce the swelling.
10   Q  And sometimes and during depositions I have
11 to ask questions, it's not intended to embarrass you in
12 any way at all, but I just have to ask these questions
13 as part of my job. When you said that your breast was
14 swollen, how swollen, if that is the correct way for me
15 to phrase it, would you say your breast was?
16   A  I don't understand what you're asking me.
17   Q  Well, let me try it this way. Were they a
18 little bit swollen or a lot swollen?
19   A  Yeah, it was swollen a lot.
20   Q  How long did they remain swollen?
21   A  It was only one breast.
22   Q  I'm sorry. How long did your breast remain

Page 106

1  swollen?
2    A  I can't remember the exact how many days that
3  my breast was swollen, but I know for a fact that --
4    Q  I'm sorry, what?
5    A  I said, I know for a fact that I couldn't
6  wear a bra for a certain amount of days.
7    Q  And you couldn't wear a bra for a certain
8  amount of days as opposed to a certain amount of weeks?
9  Was it more days as opposed to weeks?
10   A  It was days.
11   Q  As a result of the injury you say that you
12 sustained to your breast, has any doctor told you that
13 there is going to be any kind of permanent injury to
14 you?
15   A  Can you repeat that.
16   Q  As a result of the injury that you have just
17 told me about that you sustained to your breast, has any
18 doctor ever told you that there was some permanent
19 injury to your breast?
20   A  I only seen one doctor about my breast at
21 that time.
22   Q  How often did you see that particular doctor

Page 107

1  for your breast?
2    A  That's the only time I seen her, for my
3  breast.
4    Q  And you've seen no other doctors as it
5  relates to your breast because of this injury, other
6  than the one doctor that you saw that you just told me
7  about?
8    A  No.
9    Q  And what is that doctor's name?
10   A  Dr. Elsa.
11   Q  Is that a male or female?
12   A  Female.
13   Q  Where does she work?
14   A  I don't know.
15   Q  Do you recall what hospital or clinic you
16 went to?
17   A  Charter Health Plan.
18   Q  Is that where you saw Dr. Elsa at?
19   A  Yes.
20   Q  Is she your regular doctor?
21   A  She was.
22   Q  But as of this date on June 7 of 2004, she

Page 108

1  was a doctor that you were seeing on a regular basis?
2    A  Yes.
3    Q  And you had seen her in the past, prior to
4  that particular date?
5    A  Yes.
6    Q  Did you ever have any problems with swelling
7  of the breasts prior to June 7 of 2004?
8    A  No.
9    Q  Other than the knee and the hand and the
10 swelling to the breast and, by the way, was it the left
11 or the right?
12   A  It was my left breast.
13   Q  Other than those injuries, were there any
14 other injuries that you sustained as a result of
15 something that Officer Wallace did?
16   A  My anxiety attacks have come back.
17   Q  What causes you to have anxiety?
18      MS. RUCKER: Objection, it calls for a
19 medical conclusion.
20      You can answer.
21   A  Huh?
22   Q  What causes you to have an anxiety attack?

**Page 109**

1  MS. RUCKER: Objection, calls for a medical
2  conclusion. So, I want to object as well to the form of
3  the question, but you can answer.
4  A  Can you repeat that because I be forgetting
5  the question.
6  Q  What is it that Officer Wallace did to you
7  that causes you to now have or to have anxiety attacks?
8      MS. RUCKER: Same objection.
9      You can answer.
10 A  On the day that the incident happened, when
11 he told me I was going to jail, I had an anxiety attack
12 because I never been -- well, I -- I was afraid of going
13 to jail. The word I want to say, I don't want to say
14 it, but I hadn't been arrested before then, so I was
15 real scared. I have nightmares about him shooting me
16 with his gun. I have nightmares a lot. I'm on
17 medication -- I was on medication for that and my doctor
18 had to up my doses because it was getting to the point
19 where she couldn't even, you know, help me. I call
20 hotlines for help when I'm having anxiety because my
21 pregnancy, I can't take medication, so the anxiety has
22 really gotten worser ever since Officer Wallace, on that

**Page 110**

1  day. Every time I'm driving and I see a police car, I
2  get nervous and I have to pull over because of what he
3  did to me. It's a lot of things I can go on with.
4  Q  You said that you had never been arrested
5  before, is that correct?
6      MS. RUCKER: Objection.
7      MR. JACKSON: I'm just following up on a
8  question.
9      MS. RUCKER: I didn't instruct her not to
10 answer, either. You know why I've objected.
11     You can answer.
12 A  I didn't say never. I said, I haven't been
13 arrested before.
14 Q  Well, have you been arrested before?
15 A  No.
16     MS. RUCKER: Objection.
17 Q  Have you ever been convicted of any crimes?
18     MS. RUCKER: Objection.
19     You can answer.
20 A  No.
21 Q  You told me about Officer Wallace at some
22 point on June 7 of 2004 being on the scene, you told me

**Page 111**

1  about a second officer pulling up in a scout car or a
2  cruiser and Officer Wallace having some words with that
3  individual, and you told me about a third officer who
4  came to your apartment building at some point. Did any
5  other police officers come to talk with you following
6  June 7 of 2004 to talk with you about Denise Robertson?
7  A  No.
8  Q  Do you know whether or not Denise Robertson
9  was arrested as a result of the incident that occurred
10 on June 7 of 2004 between you and Denise?
11     MS. RUCKER: Objection. I will instruct the
12 witness not to answer regarding any discussions that
13 she's had with her counsel.
14     MR. JACKSON: That's fine.
15     MS. RUCKER: If you're asking her outside of
16 any discussions did she have any knowledge, she can
17 answer the question.
18 Q  Do you have any knowledge of her being
19 arrested?
20 A  Yes.
21     MS. RUCKER: Outside of your discussions with
22 counsel.

**Page 112**

1  A  Yes.
2  Q  What is your understanding or what is the
3  basis of your knowledge as it relates to Robertson's
4  arrest?
5  A  Can I go back and tell you what happened?
6      MS. RUCKER: No, just answer his question.
7  He's asking the basis of your knowledge that she was
8  arrested.
9      Is that your question?
10 A  My knowledge of how she -- how I knew?
11 Q  Yes.
12 A  Because I was the one who called the police
13 to have her arrested.
14 Q  And that would have been when? Which day did
15 you call the police to have her arrested?
16 A  The next day.
17 Q  Did a police officer come out to your house
18 and interview you?
19 A  No.
20 Q  Did you see the police arresting Denise?
21 A  Yes.
22 Q  What time of the day was this?

DEPOSITION OF LATASHA M. COTTON
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

117

1      MS. RUCKER: Objection, asked and answered.
2  Q   Do you know a Rachel Stinnett? Am I
3  pronouncing it right?
4  A   Yes.
5  Q   Is she a friend of yours?
6  A   No.
7  Q   Do you know where she lives?
8  A   No.
9  Q   Since this incident of June 7 of 2004, have
10 you spoken with Ms. Stinnett about the events that
11 occurred on that particular evening?
12 A   Can you ask me that again.
13 Q   Since June 7 of 2004, have you spoken with
14 Ms. Stinnett about the events that occurred on that
15 evening?
16 A   No.
17 Q   Are you aware that Ms. Stinnett provided a
18 statement to the Office of Police Complaints?
19 A   Did I know that?
20 Q   Yes. Did you know that?
21     MS. RUCKER: She can't pick up a head shake.
22 Q   No?

118

1  A   No.
2  Q   Is Keisha Cotton your sister?
3  A   Yes.
4  Q   Did you know that Keisha Cotton gave a
5  statement to the Office of Police Complaints?
6  A   A statement as in?
7  Q   Whether she wrote something or told them
8  something as to what she observed.
9  A   Oh, yeah, I --
10 Q   When I asked you the same question about
11 Ms. Stinnett, now that I've explained at least what I
12 mean by a statement, do you recall that she gave a
13 statement to the Office of Police Complaints?
14     MS. RUCKER: Counsel, I'm going to object if
15 you're talking about a statement that was given to an
16 investigator versus -- are you distinguishing between
17 something that might have been handwritten and produced?
18 Because it's misleading if you're speaking about an
19 interview statement or a written statement.
20 Q   Well, I thought I said that, whether it's
21 written or verbal, a statement, something that --
22 A   Yeah.

119

1  Q   You're aware of that?
2  A   Yes.
3  Q   And what about Althea Hubbard?
4  A   Yes.
5  Q   And are you the one that actually delivered
6  the statements, whether it was written or recorded, to
7  the Office of Police Complaints?
8      MS. RUCKER: Objection as to the form of the
9  question.
10     You can answer.
11 Q   Do you want me to rephrase it?
12 A   Yeah.
13 Q   Did Ms. Stinnett, your sister Keisha or
14 Ms. Hubbard give you a written statement to give to the
15 Office of Police Complaints?
16 A   Yes.
17 Q   As I'm reviewing my notes, I want to, it's up
18 to you, give you the opportunity at this point, if there
19 is something that you have said at this deposition in
20 response to any of my questions that you've now had the
21 opportunity to think about and want to correct, I'll
22 give you the opportunity to do that.

120

1      MS. RUCKER: Objection.
2      You can answer.
3  A   No.
4  Q   Since this incident of June 7 of 2004, have
5  you seen Officer Wallace?
6  A   No.
7      MR. JACKSON: I have no further questions.
8      MS. RUCKER: A couple of follow-up.
9      EXAMINATION BY COUNSEL FOR PLAINTIFF
10 BY MS. RUCKER:
11 Q   You were asked a question, Ms. Cotton,
12 concerning Officer Wallace reaching for something that
13 was on his belt. Do you recall that?
14     Do you recall that?
15 A   Do I recall what he was reaching for?
16 Q   That you testified about that he had
17 something that was long and black that he might have
18 been reaching for.
19 A   Yes.
20 Q   Do you recall that you testified that you
21 believed that he began to reach for that when you were
22 trying to get up?

Page 121

1  A   Yes.
2  Q   At the time that you indicated that you saw
3  him reach for it, did you believe that if you tried to
4  get up, that he would hit you with it?
5  A   Yes.
6      MS. RUCKER: Counsel, I'm going to ask you,
7  when you were asking Ms. Cotton questions regarding the
8  statement that she gave to the Office of Citizen
9  Complaint Review, was this the document that you were
10 reading from when you were picking various things that
11 you asked Ms. Cotton whether or not she had stated to
12 the investigator?
13     MR. JACKSON: Yes. Let me double check.
14 That should be the document I was referring to.
15     MS. RUCKER: Let me leave it in front of you
16 while you check.
17     MR. JACKSON: Yes, that's the one.
18     MS. RUCKER: Okay.
19 Q   Ms. Cotton, I think you testified that you
20 went down to the Office of Citizen Complaint Review,
21 correct?
22 A   Yes.

Page 122

1  Q   And that you were asked questions by the
2  investigator?
3  A   Yes.
4  Q   Did you ever see any kind of typewritten
5  statement that was produced based upon your conversation
6  with the investigator?
7  A   No.
8  Q   And when was the first time that you saw any
9  such statement?
10 A   **At Officer Wallace's deposition.**
11 Q   And did you ever sign any statement that was
12 reproduced by any investigator at the Office of Citizen
13 Complaint Review?
14 A   No.
15 Q   Were you ever asked to come in and review
16 your statement in order to sign it?
17 A   No.
18 Q   Did you know that a statement had been
19 prepared?
20 A   No.
21 Q   Did you know that it had been included as a
22 part of your case?

Page 123

1  A   No.
2  Q   Did you know that the Office of Complaint
3  Review had concluded or completed its investigation of
4  your complaint?
5  A   No.
6      MS. RUCKER: Thank you.
7      I don't have anything further.
8      You have a right to review the transcript. I
9  don't think the court reporter had any problems
10 understanding you, so at this point we will waive review
11 and that concludes the deposition.
12     MR. JACKSON: Okay, great.
13     Are you going to hold onto the originals?
14     MS. RUCKER: We're going to leave the
15 originals to be provided with the court reporter as part
16 of the record.
17     MR. JACKSON: I, obviously, will have this
18 particular copy of this transcript.
19     THE COURT REPORTER: Are you ordering a copy,
20 ma'am?
21     MS. RUCKER: Yes.
22     (Signature waived. Deposition concluded at 6:09 P.M.)

Page 124

CERTIFICATE OF NOTARY PUBLIC

I, Barbara A. Conner, Registered Professional Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 27th day of April 2007.

My commission expires:
January 1, 2008

_____
NOTARY PUBLIC