UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LATASHA COTTON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-1047 (RMU) |
| | : | |
| v. | : | Document No.: 25 |
| | : | |
| DISTRICT OF COLUMBIA *et al.,* | : | |
| | : | |
| Defendants. | : | |

# ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING THE DEFENDANTS' MOTION TO DISMISS; DISMISSING THE PLAINTIFF'S 42 U.S.C. § 1981, 1985 AND 1986 CLAIMS (COUNT II)

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 31st day of March 2008, it is hereby

**ORDERED** that the defendants' motion for summary judgment is **GRANTED** as to Count I, Count III, Count IV and Count VII. It is

**FURTHER ORDERED** that the defendants' motion for summary judgment is **DENIED** as to Count VI. It is

**ORDERED** that the defendants' motion to dismiss is **GRANTED** as to Count V and Count IX. It is

**FURTHER ORDERED** that upon mutual consent of the parties, Count II is **DISMISSED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge