UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LATASHA COTTON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-1047 (RMU) |
| | : | |
| v. | : | Document No.: 25 |
| | : | |
| DISTRICT OF COLUMBIA *et al.,* | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

It is this 1st day of April 2008,

**ORDERED** that the plaintiff's oral motion for leave to file a motion for reconsideration is **GRANTED**. It is

**FURTHER ORDERED** that the plaintiff file her motion for reconsideration, not to exceed 10 pages, on or before April 17, 2008. It is

**ORDERED** that the defendants file their opposition to the plaintiff's motion for reconsideration on or before April 24, 2008. It is

**FURTHER ORDERED** that the plaintiff file her reply, if any, on or before May 1, 2008. It is

**ORDERED** that a status hearing is scheduled to occur on May 23, 2008 at 9:45 a.m.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge