IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **LATASHA M. COTTON,** : | |
| : | |
| Plaintiff, : | |
| : | Case No.:1:05 CV0147(RU) |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| **GOVERNMENT, ET AL.** : | |
| : | |
| Defendants, : | |

### ORDER REINSTATING COUNTS I, III, IV, and VII OF PLAINTIFF'S COMPLAINT

UPON CONSIDERATION of the foregoing Motion for Reconsideration Order Granting Summary Judgment As to Counts I, III, IV, and VII, And Dismissing Counts V and IX, the information contained therein, the record herein, and good cause having been shown, it is this _____ day of _____, 2008,

ORDERED, that Counts I, III, IV, and VII, are reinstated.

SO ORDERED.

_____
RICARDO M. URBINA
UNITED STATES JUDGE