UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
LATASHA M. COTTON,                  :
                                    :
           Plaintiff,               :
                                    :
                                    :   C.A. No. 1:05CV01047 (RMU)
     v.                             :
                                    :
DISTRICT OF COLUMBIA, *et al.,*     :
                                    :
           Defendants               :
                                    :
_____ :

## PRAECIPE OF DISMISSAL

The Clerk of the above Court will please show that all claims against the Defendant District of Columbia in the above-captioned matter are SETTLED, COMPROMISED, AND DISMISSED WITH PREJUDICE without admission of any liability.

                                    Respectfully submitted,

                                    PETER J. NICKLES
                                    Acting Attorney General

                                    George C. Valentine
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    Samuel C. Kaplan
                                    Assistant Deputy Attorney General
                                    Civil Litigation Division

Counsel for Plaintiff

/s/Donna W. Rucker/s/_____        /s/David A. Jackson/s/_____
Donna W. Rucker, Esquire                David A. Jackson [471535]
Duboff & Associates, Chartered.         Assistant Attorney General
8401 Coleville Road                     Office of the Attorney General
Suite 501                               441 4th Street, NW, 6th South
Silver Spring, MD 20814                 Washington, D. C. 20001
(301) 495-3131                          (202) 724-6618